**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of  Texas _____
(State)

Case number (*If known*):  26-[____] _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bitcoin Depot Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | fka GSR II Meteora Acquisition Corp. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 7 – 3 2 1 9 0 2 9 |

4. **Debtor's address**

**Principal place of business**

8601   Dunwoody Place
Number     Street

Suite 308

Sandy Springs     GA     30350
City                        State     ZIP Code

Fulton County
County

**Mailing address, if different from principal place of business**

2870   Peachtree Road
Number     Street

#327
P.O. Box

Atlanta     GA     30305
City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City          State     ZIP Code

5. **Debtor's website** (URL)     https://bitcoindepot.com/

Debtor    **Bitcoin Depot Inc.**_____          Case number *(if known)* 26-[____]_____
Name

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _2_ _3_ _9_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY

            District _____  When _____  Case number _____
                                                              MM / DD / YYYY

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor   __Bitcoin Depot Inc._____   Case number (*if known*) 26-[____]_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

☑ Yes.   Debtor  __See Rider 1_____   Relationship _____

District _____   When _____
                                                       MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No See Rider 2.

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that appl*y.)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
                            Number        Street

_____

_____   _____ _____
City                                         State ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

Debtor    Bitcoin Depot Inc.
          Name

Case number (if known) 26-[____]

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |
| **16. Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/18/2026
               MM / DD / YYYY

✘ /s/ W. Alexander Holmes          W. Alexander Holmes
Signature of authorized representative of debtor     Printed name

Title  Director

**18. Signature of attorney**

✘ /s/ Paul E. Heath          Date    05/18/2026
Signature of attorney for debtor            MM    / DD / YYYY

Paul E. Heath
Printed name
Vinson & Elkins LLP
Firm name
845      Texas Avenue, Suite 4700
Number      Street
Houston                          TX      77002
City                             State   ZIP Code
713.758.2222                     pheath@velaw.com
Contact phone                    Email address

09355050                         TX
Bar number                       State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  00141305         .

2. The following financial data is the latest available information and refers to the debtor's condition on  March 31, 2026   .

    a. Total assets             $ 11,334,000

    b. Total debts (including debts listed in 2.c., below)      $  26,876,000

    c. Debt securities held by more than 500 holders

                                              Approximate number of holders:

    secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    d. Number of shares of preferred stock              N/A

    e. Number of shares common stock             19,880,609

    Comments, if any: _____

3. Brief description of debtor's business: _____

 Bitcoin Depot Inc. operates a large network of Bitcoin ATMs and sells cryptocurrency to consumers through its BDCheckout product and website.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

 Record holder of such equity as of March 31, 2026: BD Investment Holdings II LLC (Class M Common Stock); Cede & Co. (Class A Common Stock).

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the
<u>Debtor in the United States Bankruptcy Court for the Southern District of Texas</u>**

| |
|---|
| Bitcoin Depot Inc. |
| BCD Merger Sub LLC |
| Bitcoin Depot Operating LLC |
| BT HoldCo LLC |
| BTM International Holdings 1 LLC |
| BTM International Holdings II LLC |
| Cash Ramp LLC |
| Digital Gold Ventures Inc. |
| Express Vending Inc. |
| Intuitive Software LLC |
| Kiosk HoldCo LLC |
| Kiosk Technicians, LLC |
| Kutt, Inc. |
| Lux Vending Kiosk, LLC |
| MCA Services Group, LLC |
| Mintz Assets, Inc. |

**Rider 2**

**<u>Real Property or Personal Property That Needs Immediate Attention</u>**

Question 12, among other things, asks debtors to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

Bitcoin Depot Inc. and its affiliated companies that are also filing voluntary chapter 11 bankruptcy cases in this Court (collectively, the "***Debtors***") own and operate the largest network of Bitcoin kiosks across North America, providing users with a means of converting cash into Bitcoin.  The Debtors' portfolio consists of approximately 9,700 kiosks deployed in retailer locations throughout the United States and Canada.  The Debtors also sell cryptocurrency to consumers through its BDCheckout product offering.  The Debtors do not believe they own or possess any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.  The Debtors note that they are not aware of any definition of "imminent and identifiable" harm as used in this form.

*EXECUTION VERSION*

## OMNIBUS ACTION BY WRITTEN CONSENT OF

### THE BOARDS OF DIRECTORS OF
KUTT, INC.
MINTZ ASSETS, INC.
(the "Corporation Companies")

### AND

### THE SOLE MEMBERS OF
BITCOIN DEPOT OPERATING LLC
BT HOLDCO LLC
BTM INTERNATIONAL HOLDINGS 1 LLC
BTM INTERNATIONAL HOLDINGS II LLC
CASH RAMP LLC
INTUITIVE SOFTWARE LLC
KIOSK HOLDCO LLC
KIOSK TECHNICIANS, LLC
(the "Member-Managed Companies")

### AND

### THE MANAGERS OF
BCD MERGER SUB LLC
MCA SERVICES GROUP, LLC
LUX VENDING KIOSK, LLC
(the "Manager-Managed Companies" and, together with the Corporation Companies and
the Member-Managed Companies, the "Companies")

### May 17, 2026

The undersigned being:

(a) All of the members of the board of directors of Kutt, Inc., a Delaware corporation
("***Kutt***");

(b) All of the members of the board of directors of Mintz Assets, Inc., a Georgia
corporation ("***Mintz Assets***");

(c) The managing member of Intuitive Software LLC, a Delaware limited liability
company (being Bitcoin Depot Operating LLC, a Delaware limited liability company
("***Bitcoin Operating***"));

(d) All of the managers of (i) BCD Merger Sub LLC, a Delaware limited liability
company ("***BCD Merger Sub***"), (ii) MCA Services Group, LLC, a Delaware limited
liability company, and (iii) Lux Vending Kiosk, LLC, a Delaware limited liability
company;

4902-9115-3580

(e) The sole member of Bitcoin Operating (being Kiosk HoldCo LLC, a Delaware limited liability company ("**Kiosk HoldCo**"));

(f) The sole member of Kiosk HoldCo (being BT HoldCo LLC, a Delaware limited liability company ("**BT HoldCo**"));

(g) The sole member of BT HoldCo (being BCD Merger Sub);

(h) The sole member of Cash Ramp, LLC, a Delaware limited liability company (being Kiosk HoldCo);

(i) The sole member of BTM International Holdings 1 LLC, a Delaware limited liability company (being Mintz Assets);

(j) The sole member of BTM International Holdings II LLC, a Delaware limited liability company (being Mintz Assets); and

(k) The sole member of Kiosk Technicians, LLC, a Delaware limited liability company (being Mintz Assets) (the governing bodies set forth in (a) through (k), collectively, the "**Consenting Bodies**"));

acting by written consent in lieu of a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act (with respect to the Member-Managed Companies and the Manager-Managed Companies), Section 228(a) of the Delaware General Corporation Law (with respect to Kutt) and Section 14-2-821 of the Georgia Business Corporation Code (with respect to Mintz Assets), hereby take the following actions by unanimous written consent of such Consenting Body with respect to each Company, which actions shall have the same force and effect as if adopted at a duly called and held meeting of each such Consenting Body.

**WHEREAS**, the Consenting Bodies have studied and considered the financial condition of the Companies, including the Companies' immediate liquidity needs, liabilities, contractual obligations, the short-term and long-term prospects available to the Companies, the strategic alternatives available to the Companies and the related circumstances and situation, including the current and reasonably foreseeable future conditions of the industry in which the Companies operate;

**WHEREAS**, the Consenting Bodies have consulted with the Companies' financial and legal advisors and considered a variety of strategic alternatives available to the Companies;

**WHEREAS**, the Consenting Bodies have determined that it is advisable and in the best interests of each Company to (i) file for immediate protection under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and (ii) file or cause to be filed voluntary petitions for relief (the "**Chapter 11 Petitions**," and the cases commenced thereby, the "**Chapter 11 Cases**") pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, or another appropriate court (the "**U.S. Bankruptcy Court**"), and any and all documents necessary or convenient to effect, cause, or to promote the Chapter 11 Cases;

2

4902-9115-3580

**WHEREAS**, pursuant to a unanimous written consent duly adopted on May 14, 2026, the board of directors of Bitcoin Depot Inc. established a special committee (the "*Restructuring Committee*") for the purposes of, among other things, (i) engaging in an evaluation of the Companies' strategic alternatives, including without limitation, a potential sale of all or substantially all of the assets of the Companies, a recapitalization or restructuring of the Companies' outstanding indebtedness, a restructuring or liquidation of the Companies under chapter 11 of the Bankruptcy Code, and/or other transactions and (ii) considering and authorizing certain conflict matters;

**WHEREAS**, the Restructuring Committee has reviewed and considered the need for the Chapter 11 Cases and has (x) determined that it is advisable, fair to, and in the best interests of the Companies to approve the filing of the Chapter 11 Cases and (y) recommended that the Consenting Bodies pursue, adopt and approve the filing of the Chapter 11 Cases; and

**WHEREAS**, after review of (i) the financial condition of the Companies, the current and reasonably foreseeable future conditions of the industry in which the Companies operate, the outlook for the Companies' businesses and the other alternatives available to the Companies, (ii) the liquidity position of the Companies, and (iii) such other considerations as the Consenting Bodies deem relevant, the Consenting Bodies, following consultation with the financial and legal advisors to the Companies, have determined that it is advisable and in the best interests of each Company to pursue the Chapter 11 Cases, as approved in this written consent.

*Chapter 11 Filing*

**NOW, THEREFORE, BE IT RESOLVED**, that each Consenting Body hereby determines that it is advisable and in the best interest of the respective Company to file the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes each respective Company to file or cause to be filed the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED,** that each Consenting Body hereby authorizes and empowers each duly appointed manager or officer of each Company (each an "*Authorized Officer*" and, collectively, the "*Authorized Officers*"), to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of each Company, the Chapter 11 Petitions, in such form as prescribed by the official forms promulgated pursuant to the Bankruptcy Code;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the Chapter 11 Cases and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement or prosecution of the Chapter 11 Cases, each in such form or forms as the Authorized Officer may approve, and subject to further Consenting Body approvals as the Companies and their counsel determine to be appropriate under the circumstances;

3

4902-9115-3580

### *Retention of Professionals*

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Vinson & Elkins L.L.P. ("***V&E***") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, including filings and pleadings, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage V&E for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of V&E;

**FURTHER RESOLVED**, that the Consenting Bodies hereby approve the Companies' engagement of Triple P TRS, LLC and Triple P Securities, LLC (together, "***Portage Point***") as financial advisor to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Portage Point for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Portage Point;

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Kroll Restructuring Administration LLC ("***Kroll***") as notice, claims, and solicitation agent to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, is hereby approved, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Kroll for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Kroll;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *General*

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer, on behalf of each Company, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions

4

4902-9115-3580

necessary to effectuate the foregoing resolutions; *provided*, such attestation shall not be required for the validity of any such documents;

FURTHER RESOLVED, that any and all actions heretofore or hereafter taken by the Authorized Officers, or any of them, within the foregoing resolutions, are, and each of them is, hereby ratified, confirmed and approved;

FURTHER RESOLVED, that the Authorized Officers are, and each of them is, hereby authorized and empowered in the name and on behalf of each Company, to execute and deliver such agreements, instruments and documents, and to take or cause to be taken such other actions, as such Authorized Officer or Authorized Officers may determine to be necessary or advisable to implement the purposes and intent of the foregoing resolutions; each such agreement, instrument and document to be in such form and to contain such terms and conditions, consistent with the foregoing resolutions, as such Authorized Officer or Authorized Officers executing the same may approve, the execution and delivery of any such agreement, instrument or document by any such Authorized Officer or the taking of such action to be conclusive evidence of such authorization and approval;

FURTHER RESOLVED, that this consent may be executed and delivered by facsimile, .pdf or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and

FURTHER RESOLVED, that this consent may be executed and delivered in one or more counterparts, all of which taken together shall be considered to be one and the same written consent.

[*The remainder of this page is intentionally blank.*]

5

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the sole or managing member, as applicable, of each Member-Managed Company, has executed this written consent effective as of the date first written above.

**BITCOIN DEPOT OPERATING LLC**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

**BT HOLDCO LLC**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

**CASH RAMP LLC**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**INTUITIVE SOFTWARE LLC**

**By: Bitcoin Depot Operating LLC, its managing member**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**KIOSK HOLDCO LLC**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**KIOSK TECHNICIANS, LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**BTM INTERNATIONAL HOLDINGS 1 LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**BTM INTERNATIONAL HOLDINGS II LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the managers of each Manager-Managed Company, has executed this written consent effective as of the date first written above.

**BCD MERGER SUB LLC**
**MCA SERVICES GROUP, LLC**
**LUX VENDING KIOSK, LLC**


By: _____
Name: W. Alexander Holmes
Title: Manager


By: _____
Name: W. Alexander Holmes
Title: Manager

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the board of directors of Kutt, Inc., has executed this written consent effective as of the date first written above.

**KUTT, INC.**

Signed by:

C5DA87536D2842C...

_____

W. Alexander Holmes

10

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the board of directors of Mintz Assets, Inc., has executed this written consent effective as of the date first written above.

**MINTZ ASSETS, INC.**

Signed by:

C5DA87536D2842C...

W. Alexander Holmes

11

4902-9115-3580

**Fill in this information to identify the case:**

Debtor name: Bitcoin Depot Inc. et al.

United States Bankruptcy Court for the Southern District of Texas

Case number (if known): 26-_____ (  )

☐ Check if this is an amended filing

<u>Official Form 204</u>

## Chapter 11 or Chapter 9:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders           12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | CASHCLOUD ATTN: THOMAS CONWAY 400-411 ROOSEVELT AVENUE OTTAWA, ON K2A 3X9 CANADA | ATTN: THOMAS CONWAY EMAIL: TCONWAY@CONWAYLITIGATION.CA PHONE NUMBER: 613-780-2011 | LEGAL JUDGEMENT | D | | | $18,470,000.00 |
| 2 | WPS KIOSK PARTNERS LLC ATTN: WILLIAM SIRIGNANO 135 W 50TH ST SUITE 200 NEW YORK, NY 10020 | ATTN: WILLIAM SIRIGNANO EMAIL: W@WPSCAPITALPARTNERS.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $5,000,000.00 |
| 3 | LEGACY VENDING, LLC ATTN: ANSUR AHMED 7633 GRAND RIDGE ROAD COLUMBUS, GA 31904 | ATTN: ANSUR AHMED EMAIL: ANSUR.AHMED@OUTLOOK.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $3,760,000.00 |
| 4 | SOPRIS-BITCOIN DEPOT INVESTORS LLC ATTN: DAN WEDMAN 409 ASPEN AIRPORT BUSINESS CENTER SUITE B ASPEN, CO 81612 | ATTN: DAN WEDMAN EMAIL: DWEDMAN@SOPRISCAPITAL.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $2,000,000.00 |
| 5 | KIRKLAND & ELLIS LLP ATTN: THOMAS LAUGHLIN 333 W WOLF POINT PLAZA CHICAGO, IL 60654 | ATTN: THOMAS LAUGHLIN EMAIL: THOMAS.LAUGHLIN@KIRKLAND.COM PHONE NUMBER: T +1 214 972 1663  M +1 214 926 5353 | LEGAL SERVICES | C, U, D | | | $1,939,141.05 |
| 6 | LATHAM & WATKINS LLP ATTN: STEVEN STOKDYK 555 WEST FIFTH ST SUITE 300 LOS ANGELES, CA 90013-1020 | ATTN: STEVEN STOKDYK EMAIL: STEVEN.STOKDYK@LW.COM PHONE NUMBER: D: +1-213-891-7421 | M: +1-310-993-9093 | LEGAL SERVICES | C, U, D | | | $1,000,000.00 |
| 7 | BIBBEO LTD ATTN: MILES POWER 24340 E GLASGOW DR AURORA, CO 80016 | ATTN: MILES POWER EMAIL: POWER.M@BIBBEO.COM PHONE NUMBER: 269-903-1309 | INSTALLATION | C, U, D | | | $892,023.69 |
| 8 | GOOGLE LLC ATTN: KILLY WINZ 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW, CA 94043 | ATTN: KILLY WINZ EMAIL: KILLYW@GOOGLE.COM PHONE NUMBER: 720-289-9910 | OTHER OPERATING EXPENSES | C, U, D | | | $715,334.81 |
| 9 | GREENBERG TRAURING, LLC ATTN: JENA VALDETERO 8400 NW 36TH STREET SUITE 400 DORAL, FL 33166 | ATTN: JENA VALDETERO EMAIL: JENA.VALDETERO@GTLAW.COM PHONE NUMBER: T +1 312-456-1025 / C 2024310288 | LEGAL SERVICES | C, U, D | | | $611,019.41 |
| 10 | SECRETARIAT ADVISORS LLC ATTN: CHRIS MCKAY 1175 PEACHTREE ST NE 100 COLONY SQ SUITE 400 ATLANTA, GA 30361 | ATTN: CHRIS MCKAY EMAIL: CMCKAY@SECRETARIAT-INTL.COM PHONE NUMBER: +1 818 307 3314 | LEGAL SERVICES | C, U, D | | | $261,550.00 |
| 11 | CONSILIO INC. ATTN: MATT SIMMONS DEPT CH 17174 PALATINE, IL 6005 | ATTN: MATT SIMMONS EMAIL: MATT.SIMMONS@CONSILIO.COM | LEGAL SERVICES | C, U, D | | | $235,920.24 |
| 12 | LOOMIS ATTN: STEVE MORRIS 2500 CITYWEST BLVD. STE. 2300 HOUSTON, TX 77042 | ATTN: STEVE MORRIS EMAIL: STEVE.MORRIS@US.LOOMIS.COM PHONE NUMBER: 901-463-0827 | ARMORED TRANSPORT | C, U, D | | | $223,231.41 |

Debtor: Bitcoin Depot Inc. et al.                                                                                      Case number (if known) 26-_____ ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | OPTCONNECT<br>ATTN: MATT WARNER<br>854 WEST 450 NORTH #4<br>KAYSVILLE, UT 84037 | ATTN: MATT WARNER<br>EMAIL: MATT.WARNER@OPTCONNECT.COM<br>PHONE NUMBER: 801-645-3254 | WIRELESS | C, U, D | | | $222,157.47 |
| 14 | COBRA CAPITAL PARTNERS LLC<br>ATTN: HAMZEE KADDOURA<br>442 KINGSBURY AVE<br>DEARBORN, MI 48128 | ATTN: HAMZEE KADDOURA<br>EMAIL: HAMZEE47@GMAIL.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $212,000.00 |
| 15 | DENTONS CANADA LLP<br>ATTN: GREG MCNAB<br>77 KING STREET WEST<br>TORONTO-DOMINION CENTRE, SUITE 400<br>TORONTO, ON M5K 0A1<br>CANADA | ATTN: GREG MCNAB<br>EMAIL: GREG.MCNAB@DENTONS.COM<br>PHONE NUMBER: +1 416 863 4492 | LEGAL SERVICES | C, U, D | | | $201,638.90 |
| 16 | ATM TOKEN GROUP SERVICES LTD.<br>ATTN: SHELVIN PRASAD<br>1285 WEST BROADWAY<br>SUITE 600<br>VANCOUVER, BC V6H 3X8<br>CANADA | ATTN: SHELVIN PRASAD<br>EMAIL: SHELVIN@ATMTOKEN.COM<br>PHONE NUMBER: 403-830-0710 | INSTALLATION & MAINTENANCE | C, U, D | | | $182,988.73 |
| 17 | GARDAWORLD<br>ATTN: DARREN GARBUTT<br>2000 NW CORPORATE BLVD<br>BOCA RATON, FL 33431 | ATTN: DARREN GARBUTT<br>EMAIL: DARREN.GARBUTT@GARDA.COM | ARMORED TRANSPORT | C, U, D | | | $181,767.82 |
| 18 | BURROUGHS<br>ATTN: CHRIS ADAMSON<br>P.O. BOX 72409<br>CLEVELAND, OH 44192 | ATTN: CHRIS ADAMSON<br>EMAIL: CHRIS.ADAMSON@BURROUGHS.COM<br>PHONE NUMBER: 647-982-6158 | MAINTENANCE | C, U, D | | | $175,679.05 |
| 19 | ELLIPTIC INC.<br>ATTN: DAVE HOMANKO<br>1632 1ST AVENUE<br>#23346<br>NEW YORK, NY 10128 | ATTN: DAVE HOMANKO<br>EMAIL: DAVE.HOMANKO@ELLIPTIC.CO | INFORMATION TECHNOLOGY | C, U, D | | | $173,250.00 |
| 20 | TROUTMAN PEPPER LOCKE LLP<br>ATTN: DOMINIC CERVONI<br>600 PEACHTREE STREET, NE<br>SUITE 3000<br>ATLANTA, GA 30308 | ATTN: DOMINIC CERVONI<br>EMAIL: DOMENIC.CERVONI@TROUTMAN.COM<br>PHONE NUMBER: 212-912-2722 | LEGAL SERVICES | C, U, D | | | $157,626.73 |
| 21 | DEEL, INC<br>ATTN: JOEY ASAMOAH<br>425 1ST STREET<br>SAN FRANCISCO, CA 94105-4621 | ATTN: JOEY ASAMOAH<br>EMAIL: JOEY.ASAMOAH@DEEL.COM | PEO | C, U, D | | | $128,038.00 |
| 22 | WOLF & COMPANY, P.C.<br>ATTN: MARISSA A. SCICCHITANO<br>255 STATE STREET<br>BOSTON, MA 02109 | ATTN: MARISSA A. SCICCHITANO<br>EMAIL: MSCICCHITANO@WOLFANDCO.COM | ACCOUNTING & AUDITING | C, U, D | | | $123,000.00 |
| 23 | BRINKS CANADA LIMITED<br>ATTN: TY BURCH<br>95 BROWN'S LINE<br>ETOBICOKE, ON M8W 3S2<br>CANADA | ATTN: TY BURCH<br>EMAIL: TYNAN.BURCH@BRINKS.COM<br>PHONE NUMBER: 289-440-0476 | ARMORED TRANSPORT | C, U, D | | | $122,335.28 |
| 24 | DONNELLEY FINANCIAL, LLC<br>ATTN: RYAN WARD<br>35 W. WACKER DRIVE<br>CHICAGO, IL 60601 | ATTN: RYAN WARD<br>EMAIL: RYAN.T.WARD@DFINSOLUTIONS.COM<br>PHONE NUMBER: 508-728-9960 | OTHER OPERATING EXPENSES | C, U, D | | | $105,895.00 |
| 25 | GARRISON MANAGEMENT GROUP, LLC DBA AXADVOCACY, LLC<br>ATTN: NICK MADDUX<br>800 W 47TH ST<br>STE 200<br>KANSAS CITY, MO 64112 | ATTN: NICK MADDUX<br>EMAIL: NMADDUX@AXIOMSTRATEGIES.COM<br>PHONE NUMBER: 417-594-0029 | LEGAL SERVICES | C, U, D | | | $100,000.00 |
| 26 | PROFESSIONALS WORLD LLC<br>ATTN: YOUSEF AZZAM<br>1072 MADISON CHASE #7<br>WEST PALM BEACH, FL 33411 | ATTN: YOUSEF AZZAM<br>EMAIL: YOUSEF@PROS-WORLD.COM | OTHER OPERATING EXPENSES | C, U, D | | | $98,010.73 |
| 27 | DAC GROUP / CHICAGO, INC.<br>ATTN: GEMMA GIBSON<br>P.O. BOX 842862<br>BOSTON, MA 02284-2870 | ATTN: GEMMA GIBSON<br>EMAIL: GGIBSON@DACGROUP.COM<br>PHONE NUMBER: 872-270-0964 | MARKETING | C, U, D | | | $93,906.41 |
| 28 | LALCHANDANI SIMON PL<br>ATTN: KUBS LALCHANDANI<br>25 SE 2ND AVE<br>SUITE 1020<br>MIAMI, FL 33131 | ATTN: KUBS LALCHANDANI<br>EMAIL: KUBS@LSLAWPL.COM | LEGAL SERVICES | C, U, D | | | $91,105.90 |

Debtor: Bitcoin Depot Inc. et al.

Case number (if known) 26-_____ ( )

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 29 BPO HIVE LLC<br>ATTN: ABDULLAH M.<br>STREET 2, EL WAHA<br>NASR CITY, CAIRO,  11577<br>EGYPT | ATTN: ABDULLAH M.<br>EMAIL: ABDULLAH@BPOHIVE.COM<br>PHONE NUMBER: (+20)114 190 8557 | MARKETING | C, U, D | | | $78,237.81 |
| 30 CUMMINS-ALLISON CORP<br>ATTN: JAMES REEVES<br>852 FEEHANVILLE<br>MT PROSPECT, IL 60056 | ATTN: JAMES REEVES<br>EMAIL: JAMES.REEVES@CRANEPI.COM | OTHER OPERATING EXPENSES | C, U, D | | | $78,208.62 |

Official Form 204          Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims          Page 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26 – [_____] (__) |
| | ) | |
| Debtors.[1] | ) | Joint Administration Requested |
| | ) | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following

are all of the ownership interests in Bitcoin Depot Inc. ("***Bitcoin Depot***") and its affiliated debtors,

who are each debtors and debtors in possession in the above-captioned cases

(collectively, the "***Debtors***").  Bitcoin Depot, on behalf of itself and the Debtors, hereby states as

follows:

1.  The following entities own 10% or more of the equity interests of Bitcoin Depot:[2]

| Corporate Equity Holder | Address of Corporate Equity Holder | Type/Class of Interest | Percentage of Equity Held |
|---|---|---|---|
| BD Investment Holdings II LLC | 500 Westover Dr #32474 Sanford, NC 27330 | Class M | 100% |
| Cede & Co. | 570 Washington Blvd Jersey City, NJ 07310 | Class A | 87.496% |

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

[2]  Equity positions indicate the record holders of such equity as of March 31, 2026.

2. Bitcoin Depot owns 100% of the equity interests of Kutt, Inc.

3. Bitcoin Depot owns 100% of the equity interests of BCD Merger Sub LLC, which in turn owns 100% of the equity interests of BT HoldCo LLC.

4. BT HoldCo LLC owns 100% of the equity interests of Kiosk HoldCo LLC, which in turn owns 100% of the equity interests of the following entities:

   a. Bitcoin Depot Operating LLC;

   b. Cash Ramp LLC; and

   c. MCA Services Group, LLC.

5. Bitcoin Depot Operating LLC owns 100% of the equity interests of the following entities:

   a. Intuitive Software LLC;

   b. Lux Vending Kiosk, LLC; and

   c. Mintz Assets, Inc.

6. Intuitive Software LLC owns 100% of the equity interests of Digital Gold Ventures Inc.

7. Mintz Assets, Inc. owns 100% of the equity interests of the following entities:

   a. BTM International Holdings 1 LLC;

   b. BTM International Holdings II LLC;

   c. Express Vending Inc.; and

   d. Kiosk Technicians, LLC.

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., | ) | Case No. 26 – [_____] (__) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following list identifies all known holders having a direct or indirect ownership interest of the above captioned debtor in possession, which removes certain personal identification information as requested by the Debtors in the *Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File a List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (III) Granting Related Relief* filed contemporaneously herewith.  All equity positions indicate the record holder of such equity as of March 31, 2026.

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| OLABIYI BOLARINWA | ADDRESS ON FILE | Class A Common Stock | 4,633 |
| VALENTIN A BUCIO-CASTILLO | ADDRESS ON FILE | Class A Common Stock | 215 |
| BYPASS JON G TRUST ESTABLISHED UNDER THE DJW TRUST DATED OCTOBER 8 2012 | ADDRESS ON FILE | Class A Common Stock | 7,880 |
| CEDE & CO | ADDRESS ON FILE | Class A Common Stock | 5,006,853 |
| CPC SPONSOR OPPORTUNITIES I, LP | ADDRESS ON FILE | Class A Common Stock | 4,308 |
| CPC SPONSOR OPPORTUNITIES I (PARALLEL), LP | ADDRESS ON FILE | Class A Common Stock | 3,597 |
| EGMKRM LLC | ADDRESS ON FILE | Class A Common Stock | 8,223 |
| FRAME PAYMENTS INC | ADDRESS ON FILE | Class A Common Stock | 37,742 |
| CARLOS GARCIA | ADDRESS ON FILE | Class A Common Stock | 3,084 |
| PATRICK GOODING | ADDRESS ON FILE | Class A Common Stock | 1,576 |
| GUINES LLC | ADDRESS ON FILE | Class A Common Stock | 7,905 |
| GWENDOLYN HARMON | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| MICHAEL HARMON | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| SIMEON HARMON | ADDRESS ON FILE | Class A Common Stock | 197,542 |
| RICHARD LEAHY | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| LIGHTNING CAPITAL VENTURE FUND I, LP | ADDRESS ON FILE | Class A Common Stock | 260,337 |
| THOMAS LOUTREL | ADDRESS ON FILE | Class A Common Stock | 15,538 |
| EVE MONGIARDO *note – lost flagged next to it | ADDRESS ON FILE | Class A Common Stock | 2,857 |
| AMERICO NARDIS | ADDRESS ON FILE | Class A Common Stock | 1,576 |
| ROBERT J NICEWICZ, JR. | ADDRESS ON FILE | Class A Common Stock | 24,873 |
| NONE OF THE ABOVE ENTERPRISES | ADDRESS ON FILE | Class A Common Stock | 9,265 |
| NSVG KUTT HOLDINGS I LLC | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| PAPER STREET STRATEGIES LLC | ADDRESS ON FILE | Class A Common Stock | 4,728 |
| PINEBRIDGE PARTNERS MASTER FUND, LP | ADDRESS ON FILE | Class A Common Stock | 498 |
| ADAM PREISS | ADDRESS ON FILE | Class A Common Stock | 11,032 |
| FAHEEM AND JENN RAHMAN | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| MARCELLO REGAZZOLI | ADDRESS ON FILE | Class A Common Stock | 31,521 |
| RIDGEVIEW HOLDINGS LLC | ADDRESS ON FILE | Class A Common Stock | 592 |
| JONATHAN ROBIN | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| FAYE SANDOW | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| SASA INVESTMENTS LLC | ADDRESS ON FILE | Class A Common Stock | 592 |
| SEA OTTER TRADING, LLC | ADDRESS ON FILE | Class A Common Stock | 9,090 |
| SPRINT MODE LLC | ADDRESS ON FILE | Class A Common Stock | 15,174 |
| VENUS INVESTMENTS I LLC | ADDRESS ON FILE | Class A Common Stock | 22,289 |

| WALLEYE INVESTMENTS FUND LLC | ADDRESS ON FILE | Class A Common Stock | 182 |
|---|---|---|---|
| WALLEYE OPPORTUNITIES MASTER FUND LTD. | ADDRESS ON FILE | Class A Common Stock | 328 |
| DASH WASSERSTEIN | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| MARCUS ZURAWSKI | ADDRESS ON FILE | Class A Common Stock | 3,152 |
| BD INVESTMENT HOLDINGS II LLC | ADDRESS ON FILE | Class M Common Stock | 5,406,586 |

3

**Fill in this information to identify the case and this filing:**

Debtor Name _Bitcoin Depot Inc._____

United States Bankruptcy Court for the: _Southern_____ District of _Texas_____
                                                                              (State)

Case number (*If known*): _26-[___]_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration _Corporate Ownership Statement; List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/18/2026_          ✗ /s/ W. Alexander Holmes_____
              MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                       W. Alexander Holmes_____
                                       Printed name

                                       Director_____
                                       Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**