**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Re:  Docket No. ___** |

**ORDER (I) AUTHORIZING
DEBTORS TO (A) FILE A CONSOLIDATED
CREDITOR MATRIX, (B) FILE A CONSOLIDATED LIST
OF THE THIRTY LARGEST UNSECURED CREDITORS,
AND (C) REDACT CERTAIN PERSONAL IDENTIFICATION
INFORMATION, (II) APPROVING THE FORM AND MANNER OF
NOTICE OF COMMENCEMENT, (III) WAIVING THE REQUIREMENT TO
FILE A LIST OF EQUITY SECURITY HOLDERS OF BITCOIN DEPOT INC. AND
PROVIDE DIRECT NOTICE THERETO, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "***Motion***")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (this "***Order***") (a) authorizing the Debtors to (i) file a consolidated creditor matrix; (ii) file a consolidated list of the thirty largest unsecured creditors; and (iii) redact certain personal identification information; (b) approving the form and manner of the notice of commencement of these Chapter 11 Cases; (c) waiving the requirement to file a list of equity security holders of Bitcoin Depot Inc., and (d) granting related relief, all as more fully set forth in the Motion and in the First Day Declaration; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

[2]   Capitalized terms used but not otherwise defined in this Order shall have the meanings set forth in the Motion.

and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after considering the Motion and all of the proceedings before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to file a single consolidated Creditor Matrix and Top 30 List for all of the Chapter 11 Cases.

3.      The requirement that the Debtors file a separate Creditor Matrix and Top 30 List for each Debtor is waived.

4.      The Debtors are authorized to redact the personal addresses of individual creditors—including the Debtors' employees, customers, and individual equity holders—on the Creditor Matrix and any other papers filed publicly with this Court; *provided, however*, the Debtors shall provide (upon request) an unredacted version of the Creditor Matrix and any other redacted papers to (a) the Court, (b) the U.S. Trustee, (c) counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases,  and, (d) any other party in interest who, for cause, requests such information from the Debtors or the Court.  Any party in interest that is not provided with an unredacted version of the applicable document upon request may file a motion with the

2

Court to obtain such document.  Each party receiving an unredacted Creditor Matrix or any other applicable document shall keep any personally identifiable information confidential unless required to be disclosed by law or court order.

5.      The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Annex A**, on all parties listed on the Creditor Matrix.  Service of the Notice of Commencement shall be deemed adequate and sufficient notice of the commencement of these Chapter 11 Cases.

6.      The requirement that Bitcoin Depot Inc. file a list of equity security holders pursuant to Bankruptcy Rule 1007(a)(3) is waived and the Debtors shall provide notice to equity security holders in accordance with paragraph 4 hereof.

7.      Any requirement that Bitcoin Depot Inc. provide notice directly to equity security holders under Bankruptcy Rule 2002(d) is waived, and the Debtors instead shall: (a) serve the notices required under Bankruptcy Rule 2002(d) on the registered holders of Bitcoin Depot Inc.'s equity securities and all banks, brokers, intermediaries, Continental Stock Transfer & Trust Company participants, and other nominees or their mailing agents that hold Bitcoin Depot Inc. equity securities in "street name" for the beneficial holders (with instructions to serve down to beneficial holders, as applicable); (b) prominently post the Notice of Commencement on the Debtors' case website located at https://restructuring.ra.kroll.com/bitcoindepot; and (c) file a Form 8-K with the Securities and Exchange Commission notifying their equity holders and other parties of the commencement of these Chapter 11 Cases.

8.      Unless specifically provided herein, and notwithstanding any actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it intended to constitute (a) an implication or admission as to the validity, priority, enforceability, or perfection of any claim, lien,

security interest in, or other encumbrances against the Debtors and the property of their estates; (b) an impairment or waiver of the Debtors' or any other party in interest's rights to contest or dispute any such claim, lien, or interest; (c) a promise or requirement to pay any prepetition claim or interest; (d) an implication or admission that any particular claim or interest is of a type specified or defined in the Motion or any proposed order; (e) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (f) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (g) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10.     The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: ___, 2026
Houston, Texas

_____
**THE HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

4

**<u>Annex A</u>**

**Notice of Commencement**

| Debtor | Bitcoin Depot Inc., et. al. | EIN | 87-3219029 |
|---|---|---|---|
| | Name | | |

United States Bankruptcy Court for the: Southern District of Texas

Date cases filed for chapter 11: 05/17/2026

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtor's full name: | **See chart below** | | | |
|---|---|---|---|---|---|
| **No.** | **Debtor Name** | **Former Name** | **Address** | **Case No.** | **EIN # / Canadian Business No. / Australian Business No.** |
| 1 | Bitcoin Depot Inc. | GSR II Meteora Acquisition Corp. | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90528 | EIN 87-3219029 |
| 2 | BCD Merger Sub LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90529 | N/A |
| 3 | Bitcoin Depot Operating LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90527 | EIN 81-3003586 |
| 4 | BT HoldCo LLC | BT OpCo Sub LLC | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90530 | EIN 93-2141549 |
| 5 | BTM International Holdings 1 LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90531 | N/A |
| 6 | BTM International Holdings II LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90532 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Cash Ramp LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90533 | N/A |
| 8 | Digital Gold Ventures Inc. | N/A | 267 Richmond Road 3rd Floor Ottawa, ON K1Z 6X3 | 26-90535 | Canadian BN 790161509 |
| 9 | Express Vending Inc. | N/A | 267 Richmond Road 3rd Floor Ottawa, ON K1Z 6X3 | 26-90526 | Canadian BN 739359537 |
| 10 | Intuitive Software LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90535 | EIN 87-1344496 |
| 11 | Kiosk Holdco LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90536 | EIN 99-4691964 |
| 12 | Kiosk Technicians, LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90537 | EIN 99-2118185 |
| 13 | Kutt, Inc. | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90538 | EIN 38-4105034 |
| 14 | Lux Vending Kiosk, LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90539 | EIN 99-4240032 |
| 15 | MCA Services Group, LLC | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90540 | EIN 41-3190911 |
| 16 | Mintz Assets, Inc. | N/A | 8601 Dunwoody Place Suite 308 Sandy Springs, GA 30350 | 26-90541 | EIN 85-2176273 |

| | | |
|---|---|---|
| **2.** | **All other names used in the last 8 years** | <u>**See chart above**</u> |
| **3.** | **Address** | <u>**See chart above**</u> |
| **4.** | **Debtor's attorney** Name and address | VINSON & ELKINS LLP David S. Meyer Jessica C. Peet The Grace Building 1114 Avenue of the Americas, 32nd Floor New York, New York 10036-7708 <br><br> - and – <br><br> Paul E. Heath Sara Zoglman 845 Texas Avenue, Suite 4700 Houston, Texas 77002 |
| **5.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Hours open <br> <u>Mon-Fri. 8:30 -4:30 (CT)</u> <br> <u>Contact phone</u>: (713) 250-5500 <br> <u>Please contact Kroll Restructuring Administration LLC, the court-appointed claims agent by</u>: <br> <u>Email</u>: BitcoinDepotInfo@ra.kroll.com <br> <u>Toll-Free Line</u>: (844) 339-4117 (Toll-Free US/Canada) |

| | | | International: + 1 (332) 232-7827 (International) |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | _____ at _____<br>Date            Time<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: BY TELEPHONE<br><br>Toll free number:<br><br>Alternate number:<br><br>Participant code: |
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br><br>▪ you file a proof of claim in a different amount; or<br><br>▪ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8.** | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**            **To be determined** | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |