United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**ORDER GRANTING COMPLEX
CHAPTER 11 BANKRUPTCY CASE TREATMENT**

These jointly administered cases were filed on May 17, 2026. A *Notice of Designation as Complex Chapter 11 Bankruptcy Cases* was filed. Based on its review of the initial pleadings, the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "***Court***") concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1.      The Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***") apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2.      The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen days after service of the Order.

3.      The Bankruptcy Local Rules of the Southern District of Texas (the "***Bankruptcy Local Rules***") apply to this case, subject to the following modifications:

   a.   Bankruptcy Local Rule 1001-1(b) does not apply;

   b.   Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "***Local Rules of the District Court***") applies;

   c.   Appendix A to the Local Rules of the District Court applies; and

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

    d.  if a conflict exists between the Bankruptcy Local Rules and the Complex Case Procedures, the Complex Case Procedures govern.

Signed: May 18, 2026

_____
Christopher Lopez
United States Bankruptcy Judge