**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |
| | ) | |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASES**

1.     The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") commenced chapter 11 cases on May 17, 2026 under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "***Court***").  The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

    __X__    The Debtors have total debts of more than $10 million;

    __X__    There are more than 50 parties in interest in these chapter 11 cases;

    _____    Claims against the Debtors are publicly traded; and

    _____    Other: (Substantial explanation is required).

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

4905-5242-9482

**PRAYER**

The Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting such other and further relief to which the Debtors may be justly entitled.

Dated: May 18, 2026
Houston, Texas

/s/ Paul E. Heath
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Sara Zoglman (TX 24121600)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
　　　szoglman@velaw.com

-and-

David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: dmeyer@velaw.com
　　　jpeet@velaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*

## CERTIFICATE OF ACCURACY

I certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made in accordance with Bankruptcy Local Rule 9013-1(i).

*/s/ Sara Zoglman*
One of Counsel

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Sara Zoglman*
One of Counsel

## EXHIBIT A

### Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |
| | ) | |

**ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**

These jointly administered cases were filed on May 17, 2026. A *Notice of Designation as Complex Chapter 11 Bankruptcy Cases* was filed. Based on its review of the initial pleadings, the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "***Court***") concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***") apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen days after service of the Order.

3. The Bankruptcy Local Rules of the Southern District of Texas (the "***Bankruptcy Local Rules***") apply to this case, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) does not apply;

    b. Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "***Local Rules of the District Court***") applies;

    c. Appendix A to the Local Rules of the District Court applies; and

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

    d.  if a conflict exists between the Bankruptcy Local Rules and the Complex Case Procedures, the Complex Case Procedures govern.

Dated: May [●], 2026
Houston, Texas

 

_____
**THE HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) | (Emergency Hearing Requested) |
|  | ) |  |

## ORDER GRANTING COMPLEX
## CHAPTER 11 BANKRUPTCY CASE TREATMENT

These jointly administered cases were filed on May 17, 2026. A *Notice of Designation as Complex Chapter 11 Bankruptcy Cases* was filed. Based on its review of the initial pleadings, the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "***Court***") concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***") apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen days after service of the Order.

3. The Bankruptcy Local Rules of the Southern District of Texas (the "***Bankruptcy Local Rules***") apply to this case, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply;

   b. Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "***Local Rules of the District Court***") applies;

   c. Appendix A to the Local Rules of the District Court applies; and

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

2

d. if a conflict exists between the Bankruptcy Local Rules and the Complex Case Procedures, the Complex Case Procedures govern.

Dated: May [●], 2026
Houston, Texas

_____
**THE HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

2