**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**AGENDA FOR FIRST DAY
HEARING ON EMERGENCY MOTIONS
ON MAY 19, 2026, AT 2:00 P.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE** of the status and proposed disposition of the following matters set for hearing on May 19, 2026 at 2:00 P.M. (Central Time):

1. **Emergency Motion For Entry of An Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]**

   Related Documents
   a. Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 7];
   b. Notice of Filing of Proposed Amended Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 21];
   c. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];
   d. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

   Status: Order entered.  Proposed amended order submitted.

2. **Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3]**

   Related Documents
   a. Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 8];
   b. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23].

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

4929-2054-8269

Status: Order entered.

3.  **Emergency Motion of Debtors For Entry of an Order (I) Authorizing Debtors to (A) File A Consolidated Creditor Matrix, (B) File A Consolidated List of the Thirty Largest  Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File A List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 4]**

    Related Documents
      a.  Notice of Filing Revised Proposed Order (I) Authorizing Debtors to (A) File A Consolidated Creditor Matrix, (B) File A Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File A List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 22];
      b.  Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];
      c.  Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

    Status: Uncontested.  Going forward.

4.  **Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (B) Rule 2015.3 Financial reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 5]**

    Related Documents
      a.  Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];
      b.  Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

    Status: Uncontested.  Going forward.

5.  **Emergency Ex Parte Application For Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 6]**

    Related Documents
      a.  Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket. No. 9];

  b. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];

  c. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

Status: Order entered.

**6. Emergency Motion for Entry of an Order (I) Authorizing Bitcoin Depot Inc. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 10]**

Related Documents

  a. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];

  b. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

  c.

Status: Uncontested.  Going forward.

**7. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 12]**

Related Documents

  a. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];

  b. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

Status: Uncontested.  Going forward.

**8. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Cash Management System, (B) Continue Using Existing Business Forms, and (C) Continue Intercompany Transfers, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Section 345(B) of the Bankruptcy Code, (IV) Waiving Compliance with Certain of the U.S. Trustee's Operating Guidelines, and (V) Granting Related Relief [Docket No. 13]**

Related Documents

  a. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];

  b. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

Status: Uncontested.  Going forward.

9. **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay (A) Critical Vendors, (B) Lien Claimants, and (C) Foreign Vendors; and (II) Granting Related Relief [Docket No. 11]**

   Related Documents
   a. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];
   b. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

   Status: Uncontested.  Going forward.

10. **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Final Hearing on the Motion, and (V) Granting Related Relief [Docket No. 24]**

   Related Documents
   a. Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23];
   b. Declaration of Thomas Studebaker, Managing Director of Portage Point Partners LLC in Support of the Debtors' Motion for Entry of an Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Further Hearing, and (V) Granting Related Relief [Docket No. 25];
   c. Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26].

   Status: Uncontested.  Going forward.

*[Remainder of page intentionally left blank]*

4

Dated: May 19, 2026
Houston, Texas

*/s/  Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Sara Zoglman (TX 24121600)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
        szoglman@velaw.com

-and-

David S. Meyer (*pro hac vice* pending)
Jessica C. Peet (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: dmeyer@velaw.com
        jpeet@velaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Sara Zoglman*
One of Counsel