**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BITCOIN DEPOT INC., *et al.*,[1] | ) | Case No. 26-90528 (CML) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases (the "Chapter 11 Cases") on behalf of Silverview Credit Partners LP ("Silverview"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Silverview requests that all notices given or required to be given and all papers served in these Chapter 11 Cases be delivered to and served upon the persons identified below at the following addresses:

*[Continued on Next Page]*

---

[1]    The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

**ALSTON & BIRD LLP**

Jared M. Slade
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
T: (214) 922-3424
F: (214) 922-3844
E: Jared.Slade@alston.com

**ALSTON & BIRD LLP**

James J. Vincequerra
William Hao
Brian M. Laine
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
F: (212) 210-9444
E: James.Vincequerra@alston.com
   William.Hao@alston.com
   Brian.Laine@alston.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, nor shall be deemed, to waive Silverview's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Silverview may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 19, 2026

Respectfully Submitted,

ALSTON & BIRD LLP

*/s/ Jared Slade*
Jared Slade
Texas Bar No. 24060618
2200 Ross Avenue
Dallas, Texas 75201
T: (214) 922-3424
F: (214) 922-3844
E: Jared.Slade@alston.com

*-and-*

James J. Vincequerra (*pro hac vice* pending)
William Hao (*pro hac vice* pending)
Brian M. Laine (*pro hac vice* pending)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
F: (212) 210-9444
 E: James.Vincequerra@alston.com
    William.Hao@alston.com
    Brian.Laine@alston.com

*Attorneys for Silverview Credit Partners LP*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *Notice of Appearance and Request for Service of Papers* by filing such notice with the Court's CM/ECF system.

/s/ *Jared Slade*
Jared Slade