**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26-90528 (CML) |
|  | ) |  |
| Debtors. [1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

I, Herb Baer, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 19, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Emergency Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]

- Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3]

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File a List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 4]

- Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 5]

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

- Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 6]

- Emergency Motion for Entry of an Order (I) Authorizing Bitcoin Depot Inc. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 10]

- Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay (A) Critical Vendors, (B) Lien Claimants, and (C) Foreign Vendors; and (II) Granting Related Relief [Docket No. 11]

- Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 12] (the "***Wages Motion***")

- Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Cash Management System, (B) Continue Using Existing Business Forms, and (C) Continue Intercompany Transfers, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Section 345(b) of the Bankruptcy Code, (IV) Waiving Compliance with Certain of the U.S. Trustee's Operating Guidelines, and (V) Granting Related Relief [Docket No. 13] (the "***Cash Management Motion***")

- Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (III) Approving the Debtors' Proposed Procedures Resolving Additional Assurance Requests; and (IV) Granting Related Relief [Docket No. 14]

- Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 15]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 20]

- Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23]

- Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Final Hearing on the Motion, and (V) Granting Related Relief [Docket No. 24]

- Declaration of Thomas Studebaker, Managing Director of Portage Point Partners LLC in Support of the Debtors' Motion for Entry of an Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Further Hearing, and (V) Granting Related Relief [Docket No. 25]

- Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26]

- Agenda for First Day Hearing on Emergency Motions on May 19, 2026, at 2:00 p.m. (Central Time) [Docket No. 27] (the "*Agenda*")

On May 19, 2026, at my direction and under my supervision, employees of Kroll caused the Wages Motion and Agenda to be served via email on Ultimate Kronos Group (UKG), customerfirst@ukg.com.

On May 19, 2026, at my direction and under my supervision, employees of Kroll caused the Cash Management Motion and Agenda to be served via email on the Banks Service List attached hereto as **Exhibit B**.

On May 19, 2026, at my direction and under my supervision, employees of Kroll caused the Agenda to be served via facsimile on the Master Facsimile Service List attached hereto as **Exhibit C**.

Dated: May 19, 2026

*/s/ Herb Baer*
Herb Baer

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 19, 2026, by Herb Baer, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

3                                                                                                    SRF 96412

**Exhibit A**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| TERM LOAN AGENT | ALSTON & BIRD, LLP | ATTN: PAUL HESPEL | paul.hespel@alston.com |
| TOP 30 LARGEST UNSECURED CREDITOR | ATM TOKEN GROUP SERVICES LTD. | ATTN: SHELVIN PRASAD | shelvin@atmtoken.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BIBBEO LTD | ATTN: MILES POWER | power.m@bibbeo.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BPO HIVE LLC | ATTN: ABDULLAH M. | abdullah@bpohive.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BRINKS CANADA LIMITED | ATTN: TY BURCH | Tynan.Burch@brinks.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BURROUGHS | ATTN: CHRIS ADAMSON | Chris.Adamson@burroughs.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CASHCLOUD | ATTN: THOMAS CONWAY | tconway@conwaylitigation.ca |
| TOP 30 LARGEST UNSECURED CREDITOR | COBRA CAPITAL PARTNERS LLC | ATTN: HAMZEE KADDOURA | hamzee47@gmail.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CONSILIO INC. | ATTN: MATT SIMMONS | matt.simmons@consilio.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CUMMINS-ALLISON CORP | ATTN: JAMES REEVES | james.reeves@cranepi.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DAC GROUP / CHICAGO, INC. | ATTN: GEMMA GIBSON | ggibson@dacgroup.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DEEL, INC | ATTN: JOEY ASAMOAH | joey.asamoah@deel.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DENTONS CANADA LLP | ATTN: GREG MCNAB | greg.mcnab@dentons.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DONNELLEY FINANCIAL, LLC | ATTN: RYAN WARD | ryan.t.ward@dfinsolutions.com |
| TOP 30 LARGEST UNSECURED CREDITOR | ELLIPTIC INC. | ATTN: DAVE HOMANKO | dave.homanko@elliptic.co |
| TOP 30 LARGEST UNSECURED CREDITOR | GARDAWORLD | ATTN: DARREN GARBUTT | Darren.Garbutt@garda.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GARRISON MANAGEMENT GROUP, LLC DBA AXADVOCACY, LLC | ATTN: NICK MADDUX | nmaddux@axiomstrategies.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GOOGLE LLC | ATTN: KILLY WINZ | Killyw@google.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GREENBERG TRAURING, LLC | ATTN: JENA VALDETERO | jena.valdetero@gtlaw.com |
| TOP 30 LARGEST UNSECURED CREDITOR | KIRKLAND & ELLIS LLP | ATTN: THOMAS LAUGHLIN | thomas.laughlin@kirkland.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LALCHANDANI SIMON PL | ATTN: KUBS LALCHANDANI | kubs@lslawpl.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LATHAM & WATKINS LLP | ATTN: STEVEN STOKDYK | Steven.Stokdyk@lw.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LEGACY VENDING, LLC | ATTN: ANSUR AHMED | ansur@ahmed@outlook.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LOOMIS | ATTN: STEVE MORRIS | Steve.Morris@us.loomis.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREW JIMENEZ, HA NGUYEN | andrew.jimenez@usdoj.gov ha.nguyen@usdoj.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | OPTCONNECT | ATTN: MATT WARNER | matt.warner@optconnect.com |
| TOP 30 LARGEST UNSECURED CREDITOR | PROFESSIONALS WORLD LLC | ATTN: YOUSEF AZZAM | yousef@pros-world.com |
| TOP 30 LARGEST UNSECURED CREDITOR | SECRETARIAT ADVISORS LLC | ATTN: CHRIS MCKAY | cmckay@secretariat-intl.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | bankruptcynoticeschr@sec.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | SOPRIS-BITCOIN DEPOT INVESTORS LLC | ATTN: DAN WEDMAN | dwedman@sopriscapital.com |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | aginfo@azag.gov |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | bankruptcy@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | attorney.general@ct.gov<br>Denise.mondell@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | Attorney.General@state.DE.US<br>usade.ecfbankruptcy@usa.doj.gov |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | hawaiiag@hawaii.gov |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | webmaster@atg.state.il.us |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | info@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ConsumerInfo@ag.state.la.us |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | attorneygeneral@doj.nh.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | askconsumeraffairs@lps.state.nj.us |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ndag@nd.gov |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | consumer.hotline@doj.state.or.us |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | consumer.affairs@tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | uag@utah.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | consumer@wvago.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | TROUTMAN PEPPER LOCKE LLP | ATTN: DOMINIC CERVONI | domenic.cervoni@troutman.com |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY | usatxs.atty@usdoj.gov |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, SARA ZOGLMAN | pheath@velaw.com<br>szoglman@velaw.com |

In re: Bitcoin Depot Inc., *et al.*
Case No. 26-90528 (CML)

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, JESSICA C. PEET | dmeyer@velaw.com jpeet@velaw.com |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | oag@dc.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | WOLF & COMPANY, P.C. | ATTN: MARISSA A. SCICCHITANO | mscicchitano@wolfandco.com |
| TOP 30 LARGEST UNSECURED CREDITOR | WPS KIOSK PARTNERS LLC | ATTN: WILLIAM SIRIGNANO | w@wpscapitalpartners.com |

**<u>Exhibit B</u>**

Exhibit B
Banks Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| Bendigo | w.conlan@bendigoadelaide.com.au |
| Brex / Column N.A. | agoessling@brex.com |
| Brex Treasury | agoessling@brex.com |
| Evolve Bank & Trust | acook@getevolved.com; CMcMahan@getevolved.com |
| Lexicon | DMoorman@lexiconbank.com |
| PeopleFirst Bank | MBibo@peoplefirstbank.com |
| Santander | bcapymes01suc0400@santander.com.mx |
| Surety Bank | awells@surety.bank |
| The Commercial Bank | cpatterson@thecommercialbank.net |

In re: Bitcoin Depot Inc., *et al.*
Case No. 26-90528 (CML)                      Page 1 of 1

**Exhibit C**

Exhibit C
Master Facsimile Service List
Served via facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 334-242-2433 |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 501-682-8084 |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 720-508-6030 |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 850-488-4872 |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 404-657-8733 |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 208-854-8071 |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 785 296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 502-564-2894 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 505 827-5826 |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 866-413-1069 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 919 716-6750 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 405 521-6246 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 717-787-8242 |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 804-225-4378 |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 608-267-2223 |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 307 777-6869 |

In re: Bitcoin Depot Inc., *et al.*
Case No. 26-90528 (CML)