**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF JUNE 9, 2026 HEARING**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") has scheduled a hearing for **June 9, 2026 at 3:00 p.m. (Prevailing Central Time)** (the "***Hearing***") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division and that the following motions previously filed by the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***"), will be heard on a final basis at the Hearing:

1. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay (A) Critical Vendors, (B) Lien Claimants, and (C) Foreign Vendors; and (II) Granting Related Relief* [Docket No. 11];

2. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Cash Management System, (B) Continue Using Existing Business Forms, and (C) Continue Intercompany Transfers, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Section 345(B) of the Bankruptcy Code, (IV) Waiving Compliance with Certain of the U.S. Trustee's Operating Guidelines, and (V) Granting Related Relief* [Docket No. 13];

3. *Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (III) Approving the*

---

[1] The Debtors in these Chapter 11 Cases (as defined in the Motion) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.   The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

1

4899-2291-2430

*Debtors' Proposed Procedures Resolving Additional Assurance Requests; and (IV) Granting Related Relief* [Docket No. 14];

4.  *Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 15]; and

5.  *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 20].

**PLEASE TAKE FURTHER NOTICE** that the following motion previously filed by the Debtors will be heard on an interim basis at the Hearing:

1.  *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Final Hearing on the Motion, and (V) Granting Related Relief* [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE** that any written responses or objections to the relief requested in any of the above listed motions shall be filed with the Court no later than **5:00 p.m. (Prevailing Central Time) on June 2, 2026.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place in Courtroom 402 of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that counsel and other parties in interest may participate in person or virtually with counsel appearing remotely through the Court's audio and video conference systems—one audio system and one video system—authorized by the Court and described below.  Parties attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's video via GoToMeeting.

2

4899-2291-2430

**Audio Communication**

Audio communication will be by use of the Court's regular dial-in number.  The dial-in number is **(832) 917-1510**.  You will be responsible for your own long-distance charges.  You will be asked to key in the conference room number.  Judge Lopez's conference code number is 590153.

Parties are encouraged to review the Court's procedures for telephonic appearances located at: https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect to the Hearing by audio communication.  Any person wishing to observe the proceeding may also dial in to the audio conference dial-in number.

Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication**

Evidence and demonstrative exhibits will be offered by the Debtors from a remote location and will be accessible to parties who access the Court's video via GoToMeeting.  Parties may participate in electronic hearings by use of an internet connection.  The internet site is www.gotomeeting.com.  Once connected to GoToMeeting, a participant should enter the meeting code.  The code for joining the Hearing before Judge Lopez is "JudgeLopez".

Witnesses presented by the Debtors will appear via audio and video connection.  Any person wishing to examine the witness will be permitted to do so during the Hearing via audio and/or video, subject to approval of the Court.

**Electronic Appearances**

Hearing appearances should be made electronically and in advance of the Hearing.  You may make your electronic appearance by:

4899-2291-2430

1. Going to Judge Lopez's home page at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez;

2. Under "Electronic Appearance" selecting "Click here to submit Electronic Appearance;"

3. Selecting in Bitcoin Depot Inc., et al. from the list of electronic appearance links; and

4. After selecting Bitcoin Depot Inc., et al. from the list, completing the required fields and hitting the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the Hearing will negate the need to make an appearance on the record at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/bitcoindepot**.**

*[Remainder of page intentionally left blank]*

4

4899-2291-2430

Dated: May 20, 2026
Houston, Texas

/s/  Paul E. Heath
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Sara Zoglman (TX 24121600)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
        szoglman@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: dmeyer@velaw.com
        jpeet@velaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*

5

4899-2291-2430

## CERTIFICATE OF SERVICE

I certify that on May 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Sara Zoglman_____
One of Counsel

6

4899-2291-2430