**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BITCOIN DEPOT INC., *et al.*, | ) Case No. 26-90528 (CML) |
| | ) |
| Debtors. [1] | ) (Jointly Administered) |
| | ) |

**MASTER SERVICE LIST AS OF MARCH 20, 2026**

Pursuant to the *Order Granting Complex Case Treatment* (Docket No. 8), attached

hereto as **Exhibit A** is the consolidated Master Service List, as of March 20, 2026, for

Bitcoin Depot, Inc. and its debtor affiliates (collectively, the "**Debtors**"). A copy of the

Master Service List can be accessed on the website established by the Debtors' court-

approved claims, noticing, and solicitation agent, Kroll Restructuring Administration,

LLC, at https://restructuring.ra.kroll.com/bitcoindepot/.

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

**Exhibit A**

In re: Bitcoin Depot Inc., *et al.*
Master Service List
Case No. 26-90528 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO SILVERVIEW CREDIT PARTNERS LP | ALSTON & BIRD LLP | ATTN: JAMES J. VINCEQUERRA, WILLIAM HAO, BRIAN M. LAINE | 90 PARK AVENUE | | NEW YORK | NY | 10016 | | (212) 210-9400 | (212) 210-9444 | James.Vincequerra@alston.com William.Hao@alston.com Brian.Laine@alston.com |
| COUNSEL TO SILVERVIEW CREDIT PARTNERS LP | ALSTON & BIRD LLP | ATTN: JARED M. SLADE | 2200 ROSS AVENUE | SUITE 2300 | DALLAS | TX | 75201 | | (214) 922-3424 | (214) 922-3844 | Jared.Slade@alston.com |
| TERM LOAN AGENT | ALSTON & BIRD, LLP | ATTN: PAUL HESPEL | 90 PARK AVENUE | | NEW YORK | NY | 10016 | | 212-210-9492 | | paul.hespel@alston.com |
| TOP 30 LARGEST UNSECURED CREDITOR | ATM TOKEN GROUP SERVICES LTD. | ATTN: SHELVIN PRASAD | 1285 WEST BROADWAY | SUITE 600 | VANCOUVER | BC | V6H 3X8 | CANADA | 403-830-0710 | | shelvin@atmtoken.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BIBBEO LTD | ATTN: MILES POWER | 24340 E GLASGOW DR | | AURORA | CO | 80016 | | 269-903-1309 | | power.m@bibbeo.com |
| DEBTOR | BITCOIN DEPOT INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 8601 DUNWOODY PLACE | | SANDY SPRINGS | GA | 30350 | | | | |
| TOP 30 LARGEST UNSECURED CREDITOR | BPO HIVE LLC | ATTN: ABDULLAH M. | STREET 2, EL WAHA | | NASR CITY, CAIRO | | 11577 | EGYPT | (+20)114-190-8557 | | abdullah@bpohive.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BRINKS CANADA LIMITED | ATTN: TY BURCH | 95 BROWN'S LINE | | ETOBICOKE | ON | M8W 3S2 | CANADA | 289-440-0476 | | Tynan.Burch@brinks.com |
| TOP 30 LARGEST UNSECURED CREDITOR | BURROUGHS | ATTN: CHRIS ADAMSON | P.O. BOX 72409 | | CLEVELAND | OH | 44192 | | 647-982-6158 | | Chris.Adamson@burroughs.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CASHCLOUD | ATTN: THOMAS CONWAY | 400-411 ROOSEVELT AVENUE | | OTTAWA | ON | K2A 3X9 | CANADA | 613-780-2011 | | tconway@conwaylitigation.ca |
| TOP 30 LARGEST UNSECURED CREDITOR | COBRA CAPITAL PARTNERS LLC | ATTN: HAMZEE KADDOURA | 442 KINGSBURY AVE | | DEARBORN | MI | 48128 | | | | hamzee47@gmail.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CONSILIO INC. | ATTN: MATT SIMMONS | DEPT CH 17174 | | PALATINE | IL | 6005 | | | | matt.simmons@consilio.com |
| TOP 30 LARGEST UNSECURED CREDITOR | CUMMINS-ALLISON CORP | ATTN: JAMES REEVES | 852 FEEHANVILLE | | MT PROSPECT | IL | 60056 | | | | james.reeves@cranepi.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DAC GROUP / CHICAGO, INC. | ATTN: GEMMA GIBSON | P.O. BOX 842862 | | BOSTON | MA | 02284-2870 | | 872-270-0964 | | ggibson@dacgroup.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DEEL, INC | ATTN: JOEY ASAMOAH | 425 1ST STREET | | SAN FRANCISCO | CA | 94105-4621 | | | | joey.asamoah@deel.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DENTONS CANADA LLP | ATTN: GREG MCNAB | 77 KING STREET WEST | TORONTO-DOMINION CENTRE, SUITE 400 | TORONTO | ON | M5K 0A1 | CANADA | 416 863 4492 | | greg.mcnab@dentons.com |
| TOP 30 LARGEST UNSECURED CREDITOR | DONNELLEY FINANCIAL, LLC | ATTN: RYAN WARD | 35 W. WACKER DRIVE | | CHICAGO | IL | 60601 | | 508-728-9960 | | ryan.t.ward@dfinsolutions.com |
| TOP 30 LARGEST UNSECURED CREDITOR | ELLIPTIC INC. | ATTN: DAVE HOMANKO | 1632 1ST AVENUE | #23346 | NEW YORK | NY | 10128 | | | | dave.homanko@elliptic.co |
| COUNSEL TO CASH CLOUD, INC. | FOX ROTHSCHILD LLP | ATTN: BRETT AXELROD | 1980 FESTIVAL PLAZA DR. | #700 | LAS VEGAS | NV | 89135 | | 702-699-5901 | | baxelrod@foxrothschild.com |
| COUNSEL TO CASH CLOUD, INC. | FOX ROTHSCHILD LLP | ATTN: TREY A. MONSOUR & JOHN D. PENN | 2501 N. HARWOOD ST. | #1800 | DALLAS | TX | 75201 | | 214-231-5796 | | tmonsour@foxrothschild.com jpenn@foxrothschild.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GARDAWORLD | ATTN: DARREN GARBUTT | 2000 NW CORPORATE BLVD | | BOCA RATON | FL | 33431 | | | | Darren.Garbutt@garda.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GARRISON MANAGEMENT GROUP, LLC DBA AXADVOCACY, LLC | ATTN: NICK MADDUX | 800 W 47TH ST | STE 200 | KANSAS CITY | MO | 64112 | | 417-594-0029 | | nmaddux@axiomstrategies.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GOOGLE LLC | ATTN: KILLY WINZ | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | | 720-289-9910 | | Killyw@google.com |
| TOP 30 LARGEST UNSECURED CREDITOR | GREENBERG TRAURING, LLC | ATTN: JENA VALDETERO | 8400 NW 36TH STREET | SUITE 400 | DORAL | FL | 33166 | | 312-456-1025, 202-431-0288 | | jena.valdetero@gtlaw.com |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20004-2541 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 30 LARGEST UNSECURED CREDITOR | KIRKLAND & ELLIS LLP | ATTN: THOMAS LAUGHLIN | 333 W WOLF POINT PLAZA | | CHICAGO | IL | 60654 | | 214-972-1663, 214-926-5353 | | thomas.laughlin@kirkland.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LALCHANDANI SIMON PL | ATTN: KUBS LALCHANDANI | 25 SE 2ND AVE | SUITE 1020 | MIAMI | FL | 33131 | | | | kubs@lslawpl.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LATHAM & WATKINS LLP | ATTN: STEVEN STOKDYK | 555 WEST FIFTH ST | SUITE 300 | LOS ANGELES | CA | 90013-1020 | | 213-891-7421, 310-993-9093 | | Steven.Stokdyk@lw.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LEGACY VENDING, LLC | ATTN: ANSUR AHMED | 7633 GRAND RIDGE ROAD | | COLUMBUS | GA | 31904 | | | | ansur@ahmed@outlook.com |

In re: Bitcoin Depot Inc., *et al.*
Master Service List
Case No. 26-90528 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ATASCOSA COUNTY, ECTOR CAD, CITY OF PEARSALL, EAGLE PASS ISD, CITY OF EL PASO, BEXAR COUNTY, PEARSALL ISD, VAL VERDE COUNTY, GONZALES COUNTY, CITY OF EAGLE PASS, & FRIO HOSPITAL DISTRICT | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | 112 E. PECAN STREET, SUITE 2200 | | SAN ANTONIO | TX | 78205 | | (210) 225-6763 | (210) 225-6410 | SANANTONIO.BANKRUPTCY@LGBS.COM |
| COUNSEL TO TARRANT COUNTY & DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN K. TURNER | 3500 MAPLE AVENUE | SUITE 800 | DALLAS | TX | 75219 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| TOP 30 LARGEST UNSECURED CREDITOR | LOOMIS | ATTN: STEVE MORRIS | 2500 CITYWEST BLVD. | STE. 2300 | HOUSTON | TX | 77042 | | 901-463-0827 | | Steve.Morris@us.loomis.com |
| THE COUNTY OF ANDERSON, TEXAS, TAX APPRAISAL DISTRICT OF BELL COUNTY, BOWIE CENTRAL APPRAISAL DISTRICT, THE COUNTY OF BRAZOS, TEXAS, BROWN COUNTY APPRAISAL DISTRICT, BURNET CENTRAL APPRAISAL DISTRICT, THE COUNTY OF CALLAHAN, TEXAS, THE COUNTY OF COMAL, TEXAS, THE COUNTY OF CORYELL, TEXAS, DALLAM COUNTY APPRAISAL DISTRICT, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS, THE COUNTY OF HARDIN, TEXAS, HARRISON CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HARRISON, TEXAS, THE COUNTY OF HAYS, TEXAS, THE COUNTY OF HENDERSON, TEXAS, THE COUNTY OF HILL, TEXAS, HILL COUNTY APPRAISAL DISTRICT, JASPER ISD, THE COUNTY OF MEDINA, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, PINE TREE ISD, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, CITY OF WACO AND WACO ISD ET AL, & THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | P.O. BOX 1269 | | ROUND ROCK | TX | 78680-1269 | | (512) 323-3200 | (512) 323-3205 | jparsons@mvbalaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREW JIMENEZ, HA NGUYEN | 515 RUSK STREET, SUITE 3516 | | HOUSTON | TX | 77002 | | 713-718-4668, 202-603-5225 | | andrew.jimenez@usdoj.gov ha.nguyen@usdoj.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | OPTCONNECT | ATTN: MATT WARNER | 854 WEST 450 NORTH #4 | | KAYSVILLE | UT | 84037 | | 801-645-3254 | | matt.warner@optconnect.com |
| COUNSEL TO BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, MERCEDES INDEPENDENT SCHOOL DISTRICT, WESLACO INDEPENDENT SCHOOL DISTRICT, CITY OF MERCEDES, CITY OF ALAMO | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: HIRAM GUTIERREZ | P.O. BOX 2916 | | MCALLEN | TX | 78502 | | (956) 631-4026 | (956) 289-1023 | edinburgbankruptcy@pbfcm.com |
| TOP 30 LARGEST UNSECURED CREDITOR | PROFESSIONALS WORLD LLC | ATTN: YOUSEF AZZAM | 1072 MADISON CHASE #7 | | WEST PALM BEACH | FL | 33411 | | | | yousef@pros-world.com |
| TOP 30 LARGEST UNSECURED CREDITOR | SECRETARIAT ADVISORS LLC | ATTN: CHRIS MCKAY | 1175 PEACHTREE ST NE | 100 COLONY SQ SUITE 400 | ATLANTA | GA | 30361 | | 818-307-3314 | | cmckay@secretariat-intl.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | | | | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | 100 PEARL ST. | SUITE 20-100 | NEW YORK | NY | 10004-2616 | | | | bankruptcynoticeschr@sec.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | SOPRIS-BITCOIN DEPOT INVESTORS LLC | ATTN: DAN WEDMAN | 409 ASPEN AIRPORT BUSINESS CENTER | SUITE B | ASPEN | CO | 81612 | | | | dwedman@sopriscapital.com |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | (334)-242-7300 | 334-242-2433 | |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 110300 | | JUNEAU | AK | 99811-0300 | | (907)-465-2133 | (907)-465-2075 | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | (602) 542-5025 | (602) 542-4085 | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | (501)-682-2007 | 501-682-8084 | |

In re: Bitcoin Depot Inc., *et al.*
Master Service List
Case No. 26-90528 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | (916)-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | (720)-508-6000 | (720)-508-6030 | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | (860)-808-5318 | (860)-808-5387 | attorney.general@ct.gov Denise.mondell@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | (302)-577-8338 | (302)-577-6630 | Attorney.General@state.DE.US usade.ecfbankruptcy@usa.doj.gov |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | (850)-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | (404)-656-3300 | (404)-657-8733 | |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | (808)-586-1500 | (808)-586-1239 | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | (208)-334-2400 | (208)-854-8071 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | (312)-814-3000 | | webmaster@atg.state.il.us |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | (317)-232-6201 | (317)-232-7979 | info@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | (515)-281-5164 | (515)-281-4209 | webteam@ag.iowa.gov |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | (785)-296-2215 | (785) 296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | | (502) 696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | (225)-326-6000 | 225-326-6499 | ConsumerInfo@ag.state.la.us |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | (410)-576-6300 | | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | (617)-727-2200 | | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST. | LANSING | MI | 48909-0212 | | (517)-373-1110 | (517) 373-3042 | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | (651)-296-3353 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200 | JACKSON | MS | 39201 | | (601)-359-3680 | | |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | (573)-751-3321 | (573)-751-0774 | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 215 N SANDERS, THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | (406)-444-2026 | (406) 444-3549 | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 2115 STATE CAPITOL | 2ND FL, RM 2115 | LINCOLN | NE | 68509-8920 | | (402) 471-2683 | (402) 471-3297 | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | (775) 684-1100 | (775) 684-1108 | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 33 CAPITOL ST. | | CONCORD | NH | 03301-0000 | | (603) 271-3658 | (603)-271-2110 | attorneygeneral@doj.nh.gov |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | (505) 827-6000 | (505) 827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | THE CAPITOL | | ALBANY | NY | 12224-0341 | | (518) 776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | (919) 716-6400 | (919) 716-6750 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | (701)-328-2210 | 701-328-2226 | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | (405)-521-3921 | (405) 521-6246 | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1162 COURT STREET NE | | SALEM | OR | 97301 | | (503) 378-4400 | (503) 378-4017 | consumer.hotline@doj.state.or.us |

In re: Bitcoin Depot Inc., *et al.*
Master Service List
Case No. 26-90528 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | | (401)-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | (803)-734-3970 | | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | (605)-773-3215 | (605)-773-4106 | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 | | (615) 741-3491 | (615) 741-3334 | consumer.affairs@tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | (801) 538-9600 | (801) 538-1121 | uag@utah.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | GENERAL FINANCIAL RECOVERY SECTION | POST OFFICE BOX 610 | RICHMOND | VA | 23218-0610 | | (804)-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | (360)-753-6200 | | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | | (304) 558-2021 | 304-558-0140 | consumer@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 | | (608) 266-1221 | 608-267-2223 | |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | (307)-777-7841 | (307) 777-6869 | |
| TOP 30 LARGEST UNSECURED CREDITOR | TROUTMAN PEPPER LOCKE LLP | ATTN: DOMINIC CERVONI | 600 PEACHTREE STREET, NE | SUITE 3000 | ATLANTA | GA | 30308 | | 212-912-2722 | | domenic.cervoni@troutman.com |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY | CIVIL PROCESS CLERK | 1000 LOUISIANA STREET, SUITE 2300 | HOUSTON | TX | 77002 | | 361-888-3111 | 713-718-3300 | usatxs.atty@usdoj.gov |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATT: PAUL E. HEATH, SARA ZOGLMAN | 845 TEXAS AVENUE | SUITE 4700 | HOUSTON | TX | 77002 | | 713-758-2222 | 713-758-2346 | pheath@velaw.com szoglman@velaw.com |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, JESSICA C. PEET | 1114 AVENUE OF THE AMERICAS | 32ND FLOOR | NEW YORK | NY | 10036 | | 212-237-0000 | 212-237-0100 | dmeyer@velaw.com jpeet@velaw.com |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 441 4TH STREET, NW | | WASHINGTON | DC | 20001 | | (202) 727-3400 | (202) 347-8922 | oag@dc.gov |
| TOP 30 LARGEST UNSECURED CREDITOR | WOLF & COMPANY, P.C. | ATTN: MARISSA A. SCICCHITANO | 255 STATE STREET | | BOSTON | MA | 02109 | | | | mscicchitano@wolfandco.com |
| TOP 30 LARGEST UNSECURED CREDITOR | WPS KIOSK PARTNERS LLC | ATTN: WILLIAM SIRIGNANO | 135 W 50TH ST | SUITE 200 | NEW YORK | NY | 10020 | | | | w@wpscapitalpartners.com |