**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) |
| BITCOIN DEPOT INC., *et al.*, | ) Case No. 26-90528 (CML) |
| | ) |
| Debtors. [1] | ) (Jointly Administered) |
| | ) |
| | ) |

**AFFIDAVIT OF SERVICE**

I, Herb Baer, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 20, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Emergency Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]

- Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3]

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File a List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 4]

- Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 5]

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

- Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 6]

- Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 7]

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 8]

- Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 9]

- Emergency Motion for Entry of an Order (I) Authorizing Bitcoin Depot Inc. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 10]

- Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay (A) Critical Vendors, (B) Lien Claimants, and (C) Foreign Vendors; and (II) Granting Related Relief [Docket No. 11]

- Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 12] (the "***Wages Motion***")

- Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Cash Management System, (B) Continue Using Existing Business Forms, and (C) Continue Intercompany Transfers, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Section 345(b) of the Bankruptcy Code, (IV) Waiving Compliance with Certain of the U.S. Trustee's Operating Guidelines, and (V) Granting Related Relief [Docket No. 13] (the "***Cash Management Motion***")

- Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (III) Approving the Debtors' Proposed Procedures Resolving Additional Assurance Requests; and (IV) Granting Related Relief [Docket No. 14] (the "***Utilities Motion***")

- Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 15]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 20] (the "***Taxes Motion***")

2

- Notice of Filing of Proposed Amended Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 21]

- Notice of Filing of Revised Proposed Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File a List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 22]

- Declaration of Thomas Studebaker in Support of the Chapter 11 Cases and First Day Motions [Docket No. 23]

- Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Final Hearing on the Motion, and (V) Granting Related Relief [Docket No. 24]

- Declaration of Thomas Studebaker, Managing Director of Portage Point Partners LLC in Support of the Debtors' Motion for Entry of an Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Further Hearing, and (V) Granting Related Relief [Docket No. 25]

- Debtors' Witness and Exhibit List for May 19, 2026 Emergency First Day Hearing [Docket No. 26]

- Amended Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 34]

- Notice of Filing of Revised Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Second Interim Hearing, and (V) Granting Related Relief [Docket No. 35]

- Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 36]

- Order (I) Authorizing Bitcoin Depot Inc. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 37]

- Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of the Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, (III) Waiving the Requirement to File a List of Equity Security Holders of Bitcoin Depot Inc. and Provide Direct Notice Thereto, and (IV) Granting Related Relief [Docket No. 39]

- Interim Order (I) Authorizing the Debtors to Pay (A) Critical Vendors, (B) Lien Claimants, and (C) Foreign Vendors; and (II) Granting Related Relief [Docket No. 40]

- Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 41] (the "***Wages Order***")

- Interim Order (I) Authorizing the Debtors to (A) Maintain Their Cash Management System, (B) Continue Using Existing Business Forms, and (C) Continue Intercompany Transfers, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Section 345(b) of the Bankruptcy Code, (IV) Waiving Compliance with Certain of the U.S. Trustee's Operating Guidelines, and (V) Granting Related Relief [Docket No. 42] (the "***Cash Management Interim Order***")

- Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Confirming Application of the Automatic Stay, (IV) Scheduling a Second Interim Hearing, and (V) Granting Related Relief [Docket No. 44]

- Notice of Hearing Scheduled for June 9, 2026 at 3:00 p.m. (prevailing Central Time) [Docket No. 61] (the "***Hearing Notice***")

On May 20, 2026, at my direction and under my supervision, employees of Kroll caused the Wages Motion and Wages Order to be served (1) via First-Class Mail on the Wages Service List attached hereto as **Exhibit B**, and (2) via email on Ultimate Kronos Group (UKG), customerfirst@ukg.com.

On May 20, 2026, at my direction and under my supervision, employees of Kroll caused the Cash Management Motion, Cash Management Interim Order and Hearing Notice to be served (1) via First-Class Mail on (KRID_00023), Chase, P.O. Box 44959, Indianapolis, IN, 46244, and (2) via email on the Banks Email Service List attached hereto as **Exhibit C**.

On May 20, 2026, at my direction and under my supervision, employees of Kroll caused the Utilities Motion and Hearing Notice to be served via First-Class Mail on the Utilities Service List attached hereto as **Exhibit D**.

On May 20, 2026, at my direction and under my supervision, employees of Kroll caused the Taxes Motion and Hearing Notice to be served via First-Class Mail on the Taxing Authorities Service List attached hereto as **Exhibit E**.

Dated: May 22, 2026

/s/ *Herb Baer*
Herb Baer

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 22, 2026, by Herb Baer, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 96466

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SILVERVIEW CREDIT PARTNERS LP | ALSTON & BIRD LLP | ATTN: JAMES J. VINCEQUERRA, WILLIAM HAO, BRIAN M. LAINE<br>90 PARK AVENUE<br>NEW YORK NY 10016 | James.Vincequerra@alston.com<br>William.Hao@alston.com<br>Brian.Laine@alston.com | Email |
| COUNSEL TO SILVERVIEW CREDIT PARTNERS LP | ALSTON & BIRD LLP | ATTN: JARED M. SLADE<br>2200 ROSS AVENUE<br>SUITE 2300<br>DALLAS TX 75201 | Jared.Slade@alston.com | Email |
| TERM LOAN AGENT | ALSTON & BIRD, LLP | ATTN: PAUL HESPEL<br>90 PARK AVENUE<br>NEW YORK NY 10016 | paul.hespel@alston.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ATM TOKEN GROUP SERVICES LTD. | ATTN: SHELVIN PRASAD<br>1285 WEST BROADWAY<br>SUITE 600<br>VANCOUVER BC V6H 3X8 CANADA | shelvin@atmtoken.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BIBBEO LTD | ATTN: MILES POWER<br>24340 E GLASGOW DR<br>AURORA CO 80016 | power.m@bibbeo.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BPO HIVE LLC | ATTN: ABDULLAH M.<br>STREET 2, EL WAHA<br>NASR CITY, CAIRO 11577 EGYPT | abdullah@bpohive.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BRINKS CANADA LIMITED | ATTN: TY BURCH<br>95 BROWN'S LINE<br>ETOBICOKE ON M8W 3S2 CANADA | Tynan.Burch@brinks.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BURROUGHS | ATTN: CHRIS ADAMSON<br>P.O. BOX 72409<br>CLEVELAND OH 44192 | Chris.Adamson@burroughs.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CASHCLOUD | ATTN: THOMAS CONWAY<br>400-411 ROOSEVELT AVENUE<br>OTTAWA ON K2A 3X9 CANADA | tconway@conwaylitigation.ca | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COBRA CAPITAL PARTNERS LLC | ATTN: HAMZEE KADDOURA<br>442 KINGSBURY AVE<br>DEARBORN MI 48128 | hamzee47@gmail.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CONSILIO INC. | ATTN: MATT SIMMONS<br>DEPT CH 17174<br>PALATINE IL 6005 | matt.simmons@consilio.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CUMMINS-ALLISON CORP | ATTN: JAMES REEVES<br>852 FEEHANVILLE<br>MT PROSPECT IL 60056 | james.reeves@cranepi.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DAC GROUP / CHICAGO, INC. | ATTN: GEMMA GIBSON<br>P.O. BOX 842862<br>BOSTON MA 02284-2870 | ggibson@dacgroup.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DEEL, INC | ATTN: JOEY ASAMOAH<br>425 1ST STREET<br>SAN FRANCISCO CA 94105-4621 | joey.asamoah@deel.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | DENTONS CANADA LLP | ATTN: GREG MCNAB<br>77 KING STREET WEST<br>TORONTO-DOMINION CENTRE, SUITE 400<br>TORONTO ON M5K 0A1 CANADA | greg.mcnab@dentons.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DONNELLEY FINANCIAL, LLC | ATTN: RYAN WARD<br>35 W. WACKER DRIVE<br>CHICAGO IL 60601 | ryan.t.ward@dfinsolutions.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ELLIPTIC INC. | ATTN: DAVE HOMANKO<br>1632 1ST AVENUE<br>#23346<br>NEW YORK NY 10128 | dave.homanko@elliptic.co | Email |
| COUNSEL TO CASH CLOUD, INC. | FOX ROTHSCHILD LLP | ATTN: BRETT AXELROD<br>1980 FESTIVAL PLAZA DR.<br>#700<br>LAS VEGAS NV 89135 | baxelrod@foxrothschild.com | Email |
| COUNSEL TO CASH CLOUD, INC. | FOX ROTHSCHILD LLP | ATTN: TREY A. MONSOUR & JOHN D. PENN<br>2501 N. HARWOOD ST.<br>#1800<br>DALLAS TX 75201 | tmonsour@foxrothschild.com<br>jpenn@foxrothschild.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GARDAWORLD | ATTN: DARREN GARBUTT<br>2000 NW CORPORATE BLVD<br>BOCA RATON FL 33431 | Darren.Garbutt@garda.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GARRISON MANAGEMENT GROUP, LLC DBA AXADVOCACY, LLC | ATTN: NICK MADDUX<br>800 W 47TH ST<br>STE 200<br>KANSAS CITY MO 64112 | nmaddux@axiomstrategies.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GOOGLE LLC | ATTN: KILLY WINZ<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | Killyw@google.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GREENBERG TRAURING, LLC | ATTN: JENA VALDETERO<br>8400 NW 36TH STREET<br>SUITE 400<br>DORAL FL 33166 | jena.valdetero@gtlaw.com | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First-Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | KIRKLAND & ELLIS LLP | ATTN: THOMAS LAUGHLIN<br>333 W WOLF POINT PLAZA<br>CHICAGO IL 60654 | thomas.laughlin@kirkland.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LALCHANDANI SIMON PL | ATTN: KUBS LALCHANDANI<br>25 SE 2ND AVE<br>SUITE 1020<br>MIAMI FL 33131 | kubs@lslawpl.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LATHAM & WATKINS LLP | ATTN: STEVEN STOKDYK<br>555 WEST FIFTH ST<br>SUITE 300<br>LOS ANGELES CA 90013-1020 | Steven.Stokdyk@lw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | LEGACY VENDING, LLC | ATTN: ANSUR AHMED<br>7633 GRAND RIDGE ROAD<br>COLUMBUS GA 31904 | ansur@ahmed@outlook.com | Email |
| COUNSEL TO ATASCOSA COUNTY, ECTOR CAD, CITY OF PEARSALL, EAGLE PASS ISD, CITY OF EL PASO, BEXAR COUNTY, PEARSALL ISD, VAL VERDE COUNTY, GONZALES COUNTY, CITY OF EAGLE PASS, & FRIO HOSPITAL DISTRICT | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET, SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO TARRANT COUNTY & DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN K. TURNER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LOOMIS | ATTN: STEVE MORRIS<br>2500 CITYWEST BLVD.<br>STE. 2300<br>HOUSTON TX 77042 | Steve.Morris@us.loomis.com | Email |
| THE COUNTY OF ANDERSON, TEXAS, TAX APPRAISAL DISTRICT OF BELL COUNTY, BOWIE CENTRAL APPRAISAL DISTRICT, THE COUNTY OF BRAZOS, TEXAS, BROWN COUNTY APPRAISAL DISTRICT, BURNET CENTRAL APPRAISAL DISTRICT, THE COUNTY OF CALLAHAN, TEXAS, THE COUNTY OF COMAL, TEXAS, THE COUNTY OF CORYELL, TEXAS, DALLAM COUNTY APPRAISAL DISTRICT, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS, THE COUNTY OF HARDIN, TEXAS, HARRISON CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HARRISON, TEXAS, THE COUNTY OF HAYS, TEXAS, THE COUNTY OF HENDERSON, TEXAS, THE COUNTY OF HILL, TEXAS, HILL COUNTY APPRAISAL DISTRICT, JASPER ISD, THE COUNTY OF MEDINA, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, PINE TREE ISD, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, CITY OF WACO AND WACO ISD ET AL, & THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | jparsons@mvbalaw.com | Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREW JIMENEZ, HA NGUYEN<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | andrew.jimenez@usdoj.gov<br>ha.nguyen@usdoj.gov | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | OPTCONNECT | ATTN: MATT WARNER<br>854 WEST 450 NORTH #4<br>KAYSVILLE UT 84037 | matt.warner@optconnect.com | Email |
| COUNSEL TO BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, MERCEDES INDEPENDENT SCHOOL DISTRICT, WESLACO INDEPENDENT SCHOOL DISTRICT, CITY OF MERCEDES, CITY OF ALAMO | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: HIRAM GUTIERREZ<br>P.O. BOX 2916<br>MCALLEN TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | PROFESSIONALS WORLD LLC | ATTN: YOUSEF AZZAM<br>1072 MADISON CHASE #7<br>WEST PALM BEACH FL 33411 | yousef@pros-world.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SECRETARIAT ADVISORS LLC | ATTN: CHRIS MCKAY<br>1175 PEACHTREE ST NE<br>100 COLONY SQ SUITE 400<br>ATLANTA GA 30361 | cmckay@secretariat-intl.com | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR<br>100 PEARL ST.<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | SOPRIS-BITCOIN DEPOT INVESTORS LLC | ATTN: DAN WEDMAN<br>409 ASPEN AIRPORT BUSINESS CENTER<br>SUITE B<br>ASPEN CO 81612 | dwedman@sopriscapital.com | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First-Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | attorney.general@alaska.gov | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First-Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First-Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | attorney.general@ct.gov<br>Denise.mondell@ct.gov | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | Attorney.General@state.DE.US<br>usade.ecfbankruptcy@usa.doj.gov | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First-Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First-Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | hawaiiag@hawaii.gov | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | info@atg.in.gov | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | webteam@ag.iowa.gov | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First-Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | First-Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | ago@state.ma.us | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST.<br>LANSING MI 48909-0212 | miag@michigan.gov | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First-Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200<br>JACKSON MS 39201 | | First-Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | contactdoj@mt.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2115 STATE CAPITOL 2ND FL, RM 2115 LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 100 NORTH CARSON STREET CARSON CITY NV 89701 | AgInfo@ag.nv.gov | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 33 CAPITOL ST. CONCORD NH 03301-0000 | attorneygeneral@doj.nh.gov | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. DRAWER 1508 SANTA FE NM 87504-1508 | | First-Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL ALBANY  NY 12224-0341 | | First-Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | | First-Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 | ndag@nd.gov | Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 | | First-Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | | First-Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1162 COURT STREET NE SALEM OR 97301 | consumer.hotline@doj.state.or.us | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 | | First-Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 150 SOUTH MAIN STREET PROVIDENCE RI 02903-0000 | | First-Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | consumerhelp@state.sd.us | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>GENERAL FINANCIAL RECOVERY SECTION<br>POST OFFICE BOX 610<br>RICHMOND  VA 23218-0610 | | First-Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First-Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | consumer@wvago.gov | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First-Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First-Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | TROUTMAN PEPPER LOCKE LLP | ATTN: DOMINIC CERVONI<br>600 PEACHTREE STREET, NE<br>SUITE 3000<br>ATLANTA GA 30308 | domenic.cervoni@troutman.com | Email |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>CIVIL PROCESS CLERK<br>1000 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | usatxs.atty@usdoj.gov | Email |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATT: PAUL E. HEATH, SARA ZOGLMAN<br>845 TEXAS AVENUE<br>SUITE 4700<br>HOUSTON TX 77002 | pheath@velaw.com<br>szoglman@velaw.com | Email |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, JESSICA C. PEET<br>1114 AVENUE OF THE AMERICAS<br>32ND FLOOR<br>NEW YORK NY 10036 | dmeyer@velaw.com<br>jpeet@velaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | oag@dc.gov | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | WOLF & COMPANY, P.C. | ATTN: MARISSA A. SCICCHITANO<br>255 STATE STREET<br>BOSTON MA 02109 | mscicchitano@wolfandco.com | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | WPS KIOSK PARTNERS LLC | ATTN: WILLIAM SIRIGNANO<br>135 W 50TH ST<br>SUITE 200<br>NEW YORK NY 10020 | w@wpscapitalpartners.com | Email |

**Exhibit B**

Exhibit B
Wages Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| KRID_00195 | Admin America | 1720 Windward Concourse, Suite 290 | | Alpharetta | GA | 30005 | |
| KRID_00198 | American Express National Bank | 115 West Towne Ridge Parkway | | Sandy | UT | 84070 | |
| KRID_00196 | Anuvi, Inc. | P.O. Box 181115 | | Denver | CO | 80218 | |
| KRID_00197 | Brex, Inc. | 650 S 500 W | Suite 300 | Salt Lake City | UT | 84101 | |
| KRID_00200 | Canada Life Assurance Company | 330 University Avenue | | Toronto | ON | MG5 1R8 | Canada |
| KRID_00192 | Cigna Health and Life Insurance Company | 900 Cottage Grove Road | | Bloomfield | CT | 06002 | |
| KRID_00191 | Gusto, Inc. | 525 20th St. | | San Francisco | CA | 94107 | |
| KRID_00199 | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 | |
| KRID_00193 | The Guardian Life Insurance Company | 10 Hudson Yards | | New York | NY | 10001 | |
| KRID_00194 | UnitedHealthcare Insurance Company | 185 Asylum Street | | Hartford | CT | 06103 | |
| KRID_00201 | Vestwell Advisors, LLC | 360 Madison Avenue, 15th Floor | | New York | NY | 10017 | |
| KRID_00202 | Wealthsimple Technologies Inc. | 80 Spadina Avenue, 4th Floor | | Toronto | ON | M5V 2J4 | Canada |

In re: Bitcoin Depot Inc., *et al.,*
Case No. 26-90528 (CML)

**Exhibit C**

Exhibit C
Banks Email Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRID_00018 | Bendigo | w.conlan@bendigoadelaide.com.au |
| KRID_00020 | Brex / Column N.A. | agoessling@brex.com |
| KRID_00007 | Brex Treasury | agoessling@brex.com |
| KRID_00011 | Evolve Bank & Trust | acook@getevolved.com; CMcMahan@getevolved.com |
| KRID_00022 | Lexicon | DMoorman@lexiconbank.com |
| KRID_00015 | PeopleFirst Bank | MBibo@peoplefirstbank.com |
| KRID_00025 | Santander | bcapymes01suc0400@santander.com.mx |
| KRID_00010 | Surety Bank | awells@surety.bank |
| KRID_00008 | The Commercial Bank | cpatterson@thecommercialbank.net |

**Exhibit D**

Exhibit D
Utilities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|
| KRID_00188 | Comcast Corporation | 1701 John F. Kennedy Boulevard | Philadelphia | PA | 19103 | |
| KRID_00186 | Georgia Power | 788 Cir 75 Pkwy SE Suite 800 | Atlanta | GA | 30339 | |
| KRID_00187 | Georgia Waste Systems, LLC | 800 Capitol Street, Suite 3000 | Houston | TX | 77002 | |
| KRID_00185 | Southern Company | 30 Ivan Allen Jr. Blvd. NW | Atlanta | GA | 30308 | |
| KRID_00189 | TekSavvy Solutions Inc. | 800 Richmond Street | Chatham | ON | N7M 5J5 | Canada |

In re: Bitcoin Depot Inc., *et al.,*
Case No. 26-90528 (CML)

**Exhibit E**

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| KRID_00026 | Alabama Department of Revenue | 375 South Ripley Street | | | | Montgomery | AL | 36104 | |
| KRID_00027 | Alamance County Tax Office | Alamance County Tax Department | 124 West Elm Street | | | Graham | NC | 27253 | |
| KRID_00175 | Alaska Department of Revenue - Tax Division | P.O. Box 110420 | | | | Juneau | AK | 99811 | |
| KRID_00029 | Arizona Department of Revenue | Attn: Customer Care | P.O. Box 29086 | | | Phoenix | AZ | 85038 | |
| KRID_00028 | Arkansas Department of Finance and Administration | 1509 West 7th Street | | | | Little Rock | AR | 72201 | |
| KRID_00030 | Bernalillo County Treasurer | Bernalillo County Treasurer's Office | P.O. Box 27800 | | | Albuquerque | NM | 87125 | |
| KRID_00032 | Boyle County Tax Collector | 321 West Main Street | Room 103 | | | Danville | KY | 40422 | |
| KRID_00034 | California Franchise Tax Board | Franchise Tax Board | P.O. Box 942840 | | | Sacramento | CA | 94240 | |
| KRID_00035 | Camden County Tax Collector | Camden County Tax Department | 160C East Highway 158 | | | Camden | NC | 27921 | |
| KRID_00036 | Canada Revenue Agency | 555 MacKenzie Avenue | | | | Ottawa | ON | K1A 0L5 | Canada |
| KRID_00033 | Canada Revenue Agency - GST/HST | Canada Revenue Agency | GST/HST Returns and Rebates Processing | Prince Edward Island Tax Centre | 275 Pope Road | Summerside | PE | C1N 6A2 | Canada |
| KRID_00037 | Charleston Tax & Revenue Authority | City of Charleston | WV - City Collector | 915 Quarrier Street | Suite 4 | Charleston | WV | 25301 | |
| KRID_00137 | City of Amesbury Treasurer | 62 Friend Street | | | | Amesbury | MA | 01913 | |
| KRID_00038 | City of Augusta, Maine Department of Taxation | 16 Cony Street | c/o Kelly Gooldrup | | | Augusta | ME | 04330 | |
| KRID_00039 | City of Campbellsville Department of Taxation | 110 South Columbia Avenue | Suite B | | | Campbellsville | KY | 42718 | |
| KRID_00040 | City of Charlottesville Department of Taxation | City of Charlottesville Treasurer's Office | P.O. Box 2854 | | | Charlottesville | VA | 22902 | |
| KRID_00041 | City of Danbury Department of Taxation | City of Danbury Tax Collector's Office | P.O. Box 237 | | | Danbury | CT | 06813 | |
| KRID_00042 | City of Dunbar Department of Taxation | City of Dunbar City Clerk-Treasurer | 210 12th Street | | | Dunbar | WV | 25064 | |
| KRID_00142 | City of Easthampton Treasurer | 50 Payson Avenue | | | | Easthampton | MA | 01027 | |
| KRID_00043 | City of Fairmont, West Virginia Department of Taxation | City of Fairmont Finance Department | P.O. Box 1428 | | | Fairmont | WV | 26555 | |
| KRID_00044 | City of Greenville Department of Taxation | P.O. Box 289 | | | | Greenville | KY | 42345 | |
| KRID_00045 | City of Huntington Department of Taxation | City of Huntington Finance Division / B&O Tax Return | P.O. Box 1659 | | | Huntington | WV | 25717 | |
| KRID_00046 | City of Junction Department of Taxation | P.O. Box 326 | | | | Junction | KY | 40440 | |
| KRID_00135 | City of Leesville | P.O. Box 1191 | | | | Leesville | LA | 71496 | |
| KRID_00047 | City of Lowell Department of Taxation | City of Lowell Treasurer / Collector | 375 Merrimack Street | 1st Floor | Room 30 | Lowell | MA | 01852 | |

In re: Bitcoin Depot Inc., *et al.,*
Case No. 26-90528 (CML)

Page 1 of 6

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| KRID_00048 | City of Marietta Department of Taxation | City of Marietta Tax Department | 301 Putnam Street | Suite 1100 | | Marietta | OH | 45750 | |
| KRID_00049 | City of Marion Department of Taxation | 217 South Main Street | | | | Marion | KY | 42064 | |
| KRID_00050 | City of Martinsburg Department of Taxation | P.O. Box 828 | | | | Martinsburg | WV | 25402 | |
| KRID_00051 | City of Monroe Department of Taxation | City of Monroe Income Tax Division | P.O. Box 629 | | | Monroe | OH | 45050 | |
| KRID_00052 | City of North Augusta Department of Taxation | P.O. Box 6400 | | | | North Augusta | SC | 29861 | |
| KRID_00053 | City of Opelousas Department of Taxation | City of Opelousas | 105 North Main Street | | | Opelousas | LA | 70570 | |
| KRID_00054 | City of Oxford, Mississippi Department of Taxation | 107 Courthouse Square | | | | Oxford | MS | 38655 | |
| KRID_00136 | City of Paris | 525 High Street | | | | Paris | KY | 40361 | |
| KRID_00055 | City of Pittsfield Department of Taxation | City of Pittsfield Tax Collector | 70 Allen Street | Suite 112 | | Pittsfield | MA | 01201 | |
| KRID_00056 | City of Stamford Department of Taxation | City of Stamford Office of the Tax Collector | 888 Washington Boulevard | | | Stamford | CT | 06901 | |
| KRID_00057 | City of Vine Grove Department of Taxation | 300 West Main Street | | | | Vine Grove | KY | 40175 | |
| KRID_00058 | City of West Haven Department of Taxation | City of West Haven Tax Collector | P.O. Box 401 | | | West Haven | CT | 06516 | |
| KRID_00059 | Clark County Clerk's Office | P.O. Box 551604 | Attn: FFN | | | Las Vegas | NV | 89155 | |
| KRID_00060 | Clay County Department of Taxation | Clay County Tax Collector | P.O. Box 218 | | | Green Cove Springs | FL | 32043 | |
| KRID_00061 | Colorado Department of Revenue | 1375 Sherman Street | | | | Denver | CO | 80261 | |
| KRID_00062 | Comptroller of Maryland | Goldstein Treasury Building | 80 Calvert Street | P.O. Box 466 | | Annapolis | MD | 21404 | |
| KRID_00063 | County of Henrico | Henrico County Department of Finance | 4301 East Parham Road | | | Henrico | VA | 23228 | |
| KRID_00064 | Craven County Tax Collector | 226 Pollock Street | | | | New Bern | NC | 28560 | |
| KRID_00066 | Delaware Division of Revenue | 820 North French Street | | | | Wilmington | DE | 19801 | |
| KRID_00067 | Department of Treasury | Internal Revenue Service | | | | Ogden | UT | 84201 | |
| KRID_00068 | DeSoto County Tax Collector | 365 Losher Street | Suite 110 | | | Hernando | MS | 38632 | |
| KRID_00069 | District Court of Maryland | P.O. Box 1168 | | | | Upper Marlboro | MD | 20073 | |
| KRID_00084 | Dodge County Sheriff | 428 North Broad Street | | | | Fremont | NE | 68025 | |
| KRID_00070 | Douglas County Tax Collector | Douglas County Treasurer | 1819 Farnam Street | | | Omaha | NE | 68183 | |
| KRID_00071 | Florida Department of Revenue | 5050 West Tennessee Street | | | | Tallahassee | FL | 32399 | |
| KRID_00072 | Florida Department of Revenue | Property Tax Oversight | Florida Department of Revenue | P.O. Box 3000 | | Tallahassee | FL | 32315 | |
| KRID_00073 | Garland County Tax Collector | 200 Woodbine Street | | | | Hot Springs | AR | 71901 | |

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|-------|------|-----------|-----------|-----------|-----------|------|-------|------------|---------|
| KRID_00075 | Georgia Department of Revenue | 1800 Century Boulevard Northeast | | | | Atlanta | GA | 30345 | |
| KRID_00176 | Hawaii Department of Taxation | P.O. Box 259 | | | | Honolulu | HI | 96809 | |
| KRID_00076 | Henderson County Sheriff | 20 North Main Street | Suite 112 | | | Henderson | KY | 42420 | |
| KRID_00077 | Idaho State Tax Commission | 11321 West Chinden Boulevard | | | | Boise | ID | 83714 | |
| KRID_00177 | Illinois Department of Revenue | Taxpayer Correspondence/Information | P.O. Box 19001 | | | Springfield | IL | 62794 | |
| KRID_00178 | Indiana Department of Revenue | Individual Income Tax | P.O. Box 40 | | | Indianapolis | IN | 46206 | |
| KRID_00184 | Internal Revenue Service | 1111 Constitution Avenue Northwest | | | | Washington | DC | 20224 | |
| KRID_00078 | Iowa Department of Revenue | Hoover State Office Building | 1305 East Walnut Street | | | Des Moines | IA | 50319 | |
| KRID_00079 | Irving Independent School District | Irving Independent School District Tax Office | P.O. Box 152288 | | | Irving | TX | 75015 | |
| KRID_00080 | Isle of Wight County | Isle of Wight County Treasurer | 17090 Monument Circle | | | Windsor | VA | 23487 | |
| KRID_00081 | Johnston County Tax Collector | Johnston County Tax Administration Office | 207 East Johnston Street | | | Smithfield | NC | 27577 | |
| KRID_00082 | Kansas Department of Labor | 401 Southwest Topeka Boulevard | | | | Topeka | KS | 66603 | |
| KRID_00083 | Kansas Department of Revenue | 109 Southwest 9th Street | | | | Topeka | KS | 66612 | |
| KRID_00085 | Kern County Tax Collector Payment Center | P.O. Box 541004 | | | | Los Angeles | CA | 90054 | |
| KRID_00086 | Kingston Department of Revenue | 26 Evergreen Street | | | | Kingston | MA | 02364 | |
| KRID_00087 | Lafourche Parish Taxing Authority | P.O. Box 5608 | | | | Thibodaux | LA | 70302 | |
| KRID_00088 | Laurel County Sheriff | 1380 KY 192 East | | | | London | KY | 40741 | |
| KRID_00089 | Lee County Tax Collector | 2480 Thompson Street | | | | Fort Myers | FL | 33901 | |
| KRID_00090 | Lincoln Parish Sheriff | P.O. Box 2070 | | | | Ruston | LA | 71273 | |
| KRID_00129 | Louisiana Department of Revenue | 617 North Third Street | | | | Baton Rouge | LA | 70802 | |
| KRID_00093 | Madison County Treasurer | 1313 North Main Street | P.O. Box 270 | | | Madison | NE | 68748 | |
| KRID_00094 | Maine Revenue Services | 51 Commerce Drive | | | | Augusta | ME | 04330 | |
| KRID_00120 | Marion County Tax Collector | P.O. Box 1348 | | | | Fairmont | WV | 26555 | |
| KRID_00092 | Massachusetts Department of Revenue | 100 Cambridge Street | | | | Boston | MA | 02114 | |
| KRID_00095 | Michigan Department of Treasury | 430 West Allegan Street | | | | Lansing | MI | 48922 | |
| KRID_00097 | Minnesota Department of Revenue | 600 North Robert Street | | | | St. Paul | MN | 55101 | |

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| KRID_00098 | Mississippi Department of Revenue | 500 Clinton Center Drive | | | | Clinton | MS | 39056 | |
| KRID_00179 | Missouri Department of Revenue - Taxation Division | Harry S. Truman State Office Building | 301 West High Street | | | Jefferson City | MO | 65101 | |
| KRID_00180 | Montana Department of Revenue | Mitchell Building | 125 North Roberts Street | P.O. Box 5805 | | Helena | MT | 59604 | |
| KRID_00099 | Montgomery County Department of Revenue | P.O. Box 1667 | | | | Montgomery | AL | 36102 | |
| KRID_00100 | Municipio de Humacao | Attn: Frances Sosa | San Jose Tower 1250 | Ponce de Leon Avenue | Suite 808 | San Juan | PR | 00907 | |
| KRID_00101 | Natchitoches Parish Sheriff's Office | 220 Church Street | | | | Natchitoches | LA | 71457 | |
| KRID_00102 | Nebraska Department of Revenue | 301 Centennial Mall South | | | | Lincoln | NE | 68509 | |
| KRID_00103 | Nevada Department of Taxation | 1550 East College Parkway | | | | Carson City | NV | 89706 | |
| KRID_00104 | New Hampshire Department of Revenue Administration | New Hampshire Department of Revenue | 109 Pleasant Street | | | Concord | NH | 03301 | |
| KRID_00105 | New Jersey Division of Taxation | 3 John Fitch Way | | | | Trenton | NJ | 08695 | |
| KRID_00106 | New London Tax Collector | City of New London Tax Collector | 181 State Street | | | New London | CT | 06320 | |
| KRID_00181 | New York State Department of Taxation and Finance | W.A. Harriman Campus | | | | Albany | NY | 12227 | |
| KRID_00107 | North Carolina Department of Revenue | 501 North Wilmington Street | | | | Raleigh | NC | 27604 | |
| KRID_00108 | North Dakota Office of State Tax Commissioner | 600 East Boulevard Avenue | Department 127 | | | Bismarck | ND | 58505 | |
| KRID_00109 | Ohio Department of Taxation | 4485 Northland Ridge Boulevard | | | | Columbus | OH | 43229 | |
| KRID_00110 | Oklahoma Tax Commission | 300 North Broadway Avenue | | | | Oklahoma City | OK | 73102 | |
| KRID_00111 | Oktibbeha County Tax Collector | 101 East Main Street | Suite 103 | | | Starkville | MS | 39759 | |
| KRID_00182 | Oregon Department of Revenue | 955 Center Street Northeast | | | | Salem | OR | 97301 | |
| KRID_00112 | Panola County Tax Assessor/Collector | 151 Public Square | Suite C | | | Batesville | MS | 38606 | |
| KRID_00113 | Pennsylvania Department of Revenue | 1800 Elmerton Avenue | | | | Harrisburg | PA | 17110 | |
| KRID_00114 | Pontotoc County Tax Collector | 11 E Washington Street | | | | Pontotoc | MS | 38863 | |
| KRID_00115 | Portsmouth City Treasurer | City of Portsmouth Treasurer | 801 Crawford Street | | | Portsmouth | VA | 23704 | |
| KRID_00116 | Puerto Rico Department of Treasury | Intendente Ramírez Building | 10 Paseo Covadonga | | | San Juan | PR | 00902 | |
| KRID_00117 | Puerto Rico Department of Treasury - IVU | Intendente Ramírez Building | 10 Paseo Covadonga | | | San Juan | PR | 00902 | |
| KRID_00118 | Putnam County Tax Collector | 2509 Crill Avenue | | | | Palatka | FL | 32177 | |
| KRID_00183 | Rhode Island Division of Taxation | One Capitol Hill | | | | Providence | RI | 02908 | |
| KRID_00119 | Richardson Independent School District | Richardson Independent School District Tax Office | 1401 West Belt Line Road | | | Richardson | TX | 75080 | |

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| KRID_00121 | Salem Property Tax Authority | City of Salem Treasurer's Office | 93 Washington Street | | | Salem | MA | 01970 | |
| KRID_00122 | San Diego City Treasurer | City of San Diego Office of the City Treasurer | 1200 Third Avenue | Suite 100 | | San Diego | CA | 92101 | |
| KRID_00123 | San Diego County Tax Collector | San Diego County Treasurer-Tax Collector | 1600 Pacific Highway | Room 162 | | San Diego | CA | 92101 | |
| KRID_00124 | South Carolina Department of Revenue | 300A Outlet Pointe Boulevard | | | | Columbia | SC | 29210 | |
| KRID_00125 | South Dakota Department of Revenue | 445 East Capitol Avenue | | | | Pierre | SD | 57501 | |
| KRID_00126 | South Hadley Town | Town of South Hadley Collector | 116 Main Street | | | South Hadley | MA | 01075 | |
| KRID_00127 | Springfield Department of Revenue | City of Springfield Treasurer | 36 Court Street | | | Springfield | MA | 01103 | |
| KRID_00128 | St. John Sheriff Tax Collector | P.O. Box 1600 | | | | LaPlace | LA | 70069 | |
| KRID_00031 | St. Landry Parish Tax Collector | P.O. Box 1029 | | | | Opelousas | LA | 70571 | |
| KRID_00130 | Sumter County Treasurer | 13 East Canal Street | | | | Sumter | SC | 29150 | |
| KRID_00131 | Taunton Tax Collector | City of Taunton Collector's Office | 15 Summer Street | | | Taunton | MA | 02780 | |
| KRID_00133 | Tennessee Department of Revenue | 500 Deaderick Street | | | | Nashville | TN | 37242 | |
| KRID_00134 | Texas Comptroller of Public Accounts | 111 East 17th Street | | | | Austin | TX | 78774 | |
| KRID_00138 | Town of Avon Department of Revenue | Town of Avon Tax Collector | 60 West Main Street | | | Avon | CT | 06001 | |
| KRID_00139 | Town of Brattleboro Department of Revenue | Town of Brattleboro Treasurer | 230 Main Street | | | Brattleboro | VT | 05301 | |
| KRID_00140 | Town of Cheshire Department of Revenue | Town of Cheshire Tax Collector | 84 South Main Street | | | Cheshire | CT | 06410 | |
| KRID_00141 | Town of Cromwell Tax Collector | 41 West Street | | | | Cromwell | CT | 06416 | |
| KRID_00143 | Town of Fairfield Tax Collector | 611 Old Post Road | | | | Fairfield | CT | 06824 | |
| KRID_00144 | Town of Fairhaven Tax Collector | 40 Center Street | Town of Fairhaven Collector's Office | | | Fairhaven | MA | 02719 | |
| KRID_00145 | Town of Franklin Tax Collector | P.O. Box 986535 | Town of Franklin Department 2900 | | | Boston | MA | 02298 | |
| KRID_00146 | Town of Greenwich Tax Collector | 101 Field Point Road | | | | Greenwich | CT | 06830 | |
| KRID_00147 | Town of Manchester Department of Revenue | Town of Manchester Revenue Collector | 494 Main Street | | | Manchester | CT | 06040 | |
| KRID_00148 | Town of Monroe Department of Revenue | Town of Monroe Tax Collector | 7 Fan Hill Road | | | Monroe | CT | 06468 | |
| KRID_00149 | Town of Northbridge Department of Revenue | Town of Northbridge Treasurer-Collector | 7 Main Street | | | Whitinsville | MA | 01588 | |
| KRID_00150 | Town of Prospect Department of Revenue | Town of Prospect Tax Collector | 36 Center Street | | | Prospect | CT | 06712 | |
| KRID_00151 | Town of Rocky Hill Department of Revenue | Town of Rocky Hill Tax Collector | 761 Old Main Street | | | Rocky Hill | CT | 06067 | |

Exhibit E
Taxing Authorities Service List
Served via First-Class Mail

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| KRID_00152 | Town of Wallingford Department of Revenue | Town of Wallingford Tax Collector | 45 South Main Street | | | Wallingford | CT | 06492 | |
| KRID_00153 | Town of Wilmington Department of Revenue | 121 Glen Road | Room #1 | | | Wilmington | MA | 01887 | |
| KRID_00156 | Utah State Tax Commission | 210 North 1950 West | | | | Salt Lake City | UT | 84134 | |
| KRID_00157 | Virginia Department of Taxation | 600 East Main Street | | | | Richmond | VA | 23219 | |
| KRID_00158 | Washington State Department of Revenue | 6400 Linderson Way Southwest | | | | Tumwater | WA | 98501 | |
| KRID_00160 | West Virginia State Tax Department | 1001 Lee Street East | | | | Charleston | WV | 25301 | |
| KRID_00161 | West Virginia State Treasurer's Office | 1900 Kanawha Boulevard East | | | | Charleston | WV | 25305 | |
| KRID_00162 | Williamson County Tax Collector | Williamson County Tax Office | 904 South Main Street | | | Georgetown | TX | 78626 | |
| KRID_00163 | Wisconsin Department of Revenue | 2135 Rimrock Road | | | | Madison | WI | 53713 | |
| KRID_00164 | Wyoming Department of Revenue | 122 West 25th Street | Herschler Building | 2nd Floor West | | Cheyenne | WY | 82002 | |
| KRID_00165 | Wyoming Secretary of State | 122 West 25th Street | Herschler Building East | Suite 101 | | Cheyenne | WY | 82002 | |
| KRID_00154 | Yuma County Tax Collector | Yuma County Treasurer | 2550 South 4th Avenue | | | Yuma | AZ | 85364 | |