**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO. 26-90528 (CML)** |
| **BITCOIN DEPOT INC.., *et al*.** § | |
| § | |
| § | **CHAPTER 11** |
| **DEBTORS.**[1] § | |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee for the Southern District of Texas, through his undersigned attorney

and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints

the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the

above captioned cases:

| | **Creditor** | **Representative** |
|---|---|---|
| 1 | Cash Cloud, Inc.<br>400 S. 4th Street, Ste. 540<br>Las Vegas, NV 89101 | Danny Ayala<br>dayala@ayalalaw.com |
| 2 | WPS Kiosk Partners LLC<br>135 W 50th Street, Suite 200<br>New York, NY 10020 | William Sirignano<br>w@wpscapitalpartners.com |
| 3 | Loomis Armored US, LLC<br>2500 CityWest Boulevard, Suite 2300<br>Houston, TX 77042 | Ken Rice<br>Ken.Rice@us.loomis.com |
| 4 | OptConnect, Inc.<br>865 W. 450 N., Suite 1<br>Kaysville UT 84037 | Chris Baird<br>Chris.baird@optconnect.com |

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

| 5 | Legacy Vending Fund I, LLC<br>525 W. Monroe Street,<br>Chicago, IL 60661 | Ansur Ahmed<br>ansur.ahmed@outlook.com |
|---|---|---|
| 6 | Bibbeo<br>24340 E. Glasgow Dr.<br>Aurora, CO 80016 | Miles Matthew Power<br>Power.m@bibbeo.com |

SIGNED on May 28, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 28th day of May 2026.

*/s/ Ha M. Nguyen*
Ha M. Nguyen