**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

## NOTICE OF SALE CLOSINGS

**PLEASE TAKE NOTICE** that, on May 17, 2026, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed the above-captioned chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that, on June 10, 2026, the Court entered the *Order (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; and (C) Granting Related Relief* [Docket No. 193].

**PLEASE TAKE FURTHER NOTICE** that, on July 8, 2026, the Court entered the *Order (I) Approving (A) the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 456] (the "***Coin Connection Sale Order***"), approving the sale of certain of the Debtors' assets to Coin Connection, LLC (or its designee) pursuant to the Asset Purchase Agreement (the "***Coin Connection APA***") attached as Exhibit 1 to the Coin Connection Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 8, 2026, the Court entered the *Order (I) Approving (A) the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 458] (the "***Unbank Sale Order***"), approving the sale of certain of the Debtors' assets to Kalbas, Inc. d/b/a Unbank (or its designee) pursuant to the Asset Purchase Agreement (the "***Unbank APA***") attached as Exhibit 1 to the Unbank Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 15, 2026, the Closing occurred, as defined in and in accordance with the Coin Connection APA and Coin Connection Sale Order.

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

**PLEASE TAKE FURTHER NOTICE** that, on July 15, 2026, the Closing occurred, as defined in and in accordance with the Unbank APA and Unbank Sale Order.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/bitcoindepot/.

Dated: July 16, 2026
Houston, Texas

*/s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Sara Zoglman (TX 24121600)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
szoglman@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel: 212.237.0000
Fax: 212.237.0100
Email: dmeyer@velaw.com
jpeet@velaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Sara Zoglman*
One of Counsel