**Affidavit of Scam or Fraud**

United States Courts
Southern District of Texas

| CLAIMANT'S NAME (LAST, FIRST, MI) OR BUSINESS NAME | ORDER NUMBER | DATE FILED |
|---|---|---|
| | | *July 20, 2026* |

Nathan Ochsner, Clerk of Court

2.) I did not receive any part of the proceeds of the item(s) listed above. This affidavit is made voluntarily for the purpose of establishing the fact that I was a victim of scam of fraud.

3.) I/We declare the following:

I/We understand this *Affidavit of Scam or Fraud* is subject to investigation by local, state, and/or federal law enforcement agencies. I/We understand that the records related to this claim may be given to law enforcement as evidence for the investigation. I/We also understand that I/We may be required to comply with a court order or a subpoena to give testimony. I/We understand that making a false sworn statement is subject to federal and/or state statutes and may be punishable by fines and/or imprisonment.

I/We understand and agree that the Company has no obligation to reimburse for any losses resulting from this alleged *Affidavit of Scam or Fraud* under any circumstances.

I/We understand that the Company requires a photo identification and a copy of the transaction receipt as an attachment to this Affidavit to be eligible for a refund.

I/We understand that the Company requires a copy of the police report filed in connection with the fraud or scam to be submitted within fifteen (15) days of the date of your transaction with the Company for the scam or fraudulent transaction in question at the following link on the Company's website: https://bitcoindepot.com/report-scam-fraud/. I/We understand to be eligible for a refund that Bitcoin Depot requires a claimant/customer to apply for the refund within 5 days of the date of your transaction with the Company for the scam or fraudulent transaction in question at the following link on the Company's website: https://bitcoindepot.com/report-scam-fraud/. I/We understand that I/We are required to cooperate fully in any investigation and/or prosecution of this alleged Affidavit of Account Scam or Fraud, including, but not limited to filing a complete report with the appropriate law enforcement officials and having a copy of that report sent to Bitcoin Depot within 15 days of the transaction in question through https://bitcoindepot.com/report-scam-fraud/.

4.) I suspect the following person of having performed an unauthorized action on the fraudulent item(s) described on the attached Affidavit of Account Fraud:

| NAME | *N/A* | ADDRESS | |
|---|---|---|---|
| CITY | | STATE | ZIP |

5.) I declare under penalty of perjury that the foregoing is correct.

| CLAIMANT'S SIGNATURE: *Heather M. Long* | PHONE NUMBER: *704-796-6752* | DATE: *Nov/10/23* |
|---|---|---|
| PRINT CLAIMANT'S NAME: *Heather M. Long* | ADDRESS: *200 Virginia St. SE* | EMAIL ADDRESS*: *heathermc200* |

*Include email address if we may contact you via email regarding this claim.

*106 B Concord, nc 28025*     *gmail. com*

To be completed by a Notary Public for Claimant, State of

County of *Cabarrus*

Subscribed and sworn to (or affirmed) before me this *10* day of *November*, 20*23*, by

*Andrew K. Webb* proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Seal

*[Notary seal: ANDREW K. WEBB, MY COMMISSION EXPIRES, NOTARY PUBLIC, MAY 5 2028, STANLY COUNTY, NC]*

Signature: *Andrew K. Webb*

Print Name: *Andrew K. Webb*

**Affidavit of Scam or Fraud**

took it to the Bitcoin and deposited it as I had done with my money from my Chase account.  He said to drive to the Truist Bank where I have an account, but the bank was closed. I then received a text that was from 530-358-5772 saying that this was a scam.

Daniel had me so convinced that he was a bank rep from Chase.  He told me that text was false and I needed to rip up my receipts so that no evidence was apparent of these transactions. I did not understand this and then realized I had been scammed. I drove home and then called the police to report this and the police said that I had been scammed.

| Order Number:<br>Q626YXLY | Amount:<br>$4,700.00 | Date and Time of<br>Transaction<br>09/19/2023<br>5:07 | BTC address or location:<br><br>Circle K 279 Warren C.<br>Coleman Blvd. S.  Concord,<br>NC 28027 |
|---|---|---|---|
| Order Number:<br>QPNBOSX | Amount:<br>$3,400.00 | Date and Time of<br>Transaction<br>09/19/2023<br>4:07 | BTC addressor location:<br>Circle K 279 Warren C.<br>Coleman Blvd. S.  Concord,<br>NC 28027 |
|  |  |  |  |

Please attach the police report filed in connection with

Name of Law Enforcement Agency    Concord Police Department____ Case Number
23-13458

Detective's Name

(704) 920-5000         Sherman, K. B. (4649)_____Phone Number

# INCIDENT REPORT
## PUBLIC COPY

| | | |
|---|---|---|
| **Agency Name** Concord Police Department | | **Case#** 23-13458 |
| **ORI** NC 0130100 | | **Date / Time Reported** 10/20/2023 21:24 Fri |
| | | **Last Known Secure** 09/19/2023 16:00 Tue |
| **Location of Incident** 200 VIRGINIA ST SE Apt. 106B, Concord NC | **Gang Relat** NO / **Premise Type** Residence/home / **Beat/Tract** B2 | **At Found** 09/19/2023 18:54 Tue |

### INCIDENT DATA

| | Crime Incident(s) | (Com) | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Fraud Other J103 | F | None | | | | N |
| | | | Entry | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

**MO** By Being Scammed Out Of $8,100.

### VICTIM

# of Victims  1    Type:  INDIVIDUAL (NOT A LE OFFICER)    Injury:    Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | LONG, HEATHER MARCIA | 1, | Age 65 | W | F | | Resident | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)    WI = Witness    IO = Involved Other    RP = Reporting Person (if other than victim)

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

### PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 7 | $8,100.00 | | 1 | MONEY (NIBRS) | | |

| Officer/ID# | SHERMAN, K. B. (4649) | Outstanding Stolen Val [Total Stolen]: $8,100.00  [$8,100.00] |
|---|---|---|
| **Invest ID#** (0) | | **Supervisor** HOLMAN-WHITE, T. M. (4071) |

### Status

| Complainant Signature | Case Status Closed/leads Exhausted   10/20/2023 | Case Disposition: | Page 1 |
|---|---|---|---|

R_CS1IBR    Printed By: MURDOCKG, EXPEDITE1    Sys#: 143542    10/23/2023 18:53





10/18/23, 6:46 PM                                    Screenshot_20231006_232700_Messages.jpg



Skip to content

FBI LogoFEDERAL BUREAU OF INVESTIGATION

Search

Q

Internet Crime Complaint Center (IC3)

- HOME
- FILE A COMPLAINT
- CONSUMER ALERTS
- INDUSTRY ALERTS
- BEC
- RANSOMWARE
- ELDER FRAUD
- COMMON SCAMS

FBI Logo

# Internet Crime Complaint Center (IC3)

You have successfully submitted your complaint.

Please save or print a copy of your report before closing this window or navigating away from this page. This is the only time you will be able to retain a copy of your complaint.

You do not need to submit any further complaints to IC3 regarding this crime but may do so if you wish to provide additional information that is vital to your report.

Print Report

What happens now?

Thank you for taking action for yourself and others. Your complaint is now fully submitted.

The information you provided is appreciated and vital to fighting cyber crime across the globe. It helps us track and better understand these crimes as they happen and may support ongoing or new investigations.

Now that the we have received your report, you will only be contacted by the FBI or other law enforcement representative if additional information is needed. We also recommend you file a complaint with your local law enforcement agency. Additionally, if you've suffered a monetary loss, we recommend contacting your financial institution.

Laptop protected by a shield
with a padlock heraldry

Staying Safe Online

Practicing online safety is
essential to protecting yourself.
Learn online safety skills through

the FBI Safe Online Surfing program.

Laptop with a mail envelope dangled on a fishing hook in front of the screen

## Common Scams

Get educated and stay safe! Find information on common scams, ways to prevent internet-based crimes and information on how to remain safe.

Cartoon speech bubble containing an exclamation point

## Consumer Alerts

Review alerts regularly published by the FBI to be aware of the latest internet-based crimes

---

Victim Information
Name:
Heather M Long
Are you reporting on behalf of a business?
Yes
Business Name:
JP Morgan Chase Bank
Is the incident currently impacting business operations?
No
Age:
Over 60
Address:
200 Virginia St SE
Address (continued):
Suite/Apt./Mail Stop:
106B
City:
Concord
County:
Cabarrus
Country:
United States of America
State:
North Carolina
Zip Code/Route:
28025
Phone Number:
7047966752
Email Address:

---

IC3 Complaint Referral Form

Transaction Type:
Cash
If other, please specify:
Transaction Amount:
4700.00
Transaction Date:
9/19/2023
Was the money sent?
Yes

Victim Bank Name:
Victim Bank Address:
150 Concord Commons Pl SW
Victim Bank Address (continued):
WoodForest Bank
Victim Bank Suite/Mail Stop:
Acct # 1865360208
Victim Bank City:
Concord
Victim Bank Country:
United States of America
Victim Bank State:
North Carolina
Victim Bank Zip Code/Route:
28027
Victim Name on Account:
Victim Account Number:

Recipient Bank Name:
Recipient Bank Address:
279 George Lyles Parkway
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Concord
Recipient Bank Country:
United States of America
Recipient Bank State:
North Carolina
Recipient Bank Zip Code/Route:
28027
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

Description of Incident
Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.
On Sept. 19,2023 my laptop was hacked and a popup came on with an alarm telling me to call Microsoft Defender so that my laptop could be re- enabled. My laptop screen was locked and I could not access my screen that I was working on. I called the number and the IT person walked me through steps to set up a scan on my computer. She said the scan would take a long time and she gave me her name and Id as: Megan

Yoshida ID: MS-10139-T Ext: 1013.She told me to call my banks to check about a fraud alert that came on my computer screen saying that "a dark web transaction was being processed and it was for approx. 3400.00 going to China for child pornography" and that I initiated this. That I am legally liable for this transaction and I need to call my main bank right now. She said to call the 800 number on my Chase bankcard and that at the prompt to put in two zeros so that I would be sent to the fraud team immediately. So I called the 800 number on my card and put in the two zeros at the prompt. Megan had told me to read to the fraud representative what was on my computer screen about about dark web transaction and he asked me if I had received a text about this transaction and I said "no". He ( He said his name was Daniel and I don't rremember his last name) said he could not stop the pending transaction and that he would need to start a duplicate transaction with me so that he could stop the current one that was pending. He said that internally an employee at the Harrisburg branch had given SS#'s out and that was how my account was being compromised. He said that the fraud team at the bank was doing an investigation and that I needed not to contact anyone about the duplicate transaction while they conduct the investigation, they needed no information leaked out about it. He told me to go into the bank and get 3500 out of my Chase account and then go to the Circle K address and put the money into the BitCoin ATM. I did this and I was not aware that he sent me a false QR code in a text. I had never used BitCoin before and I did not know this was a false code. I thought I was protecting my money and I followed his instructions. Then told me to do the same with my WoodForest account. I was told to take out 4700 from my WoodForest Account and I did and took it to the same BITCoin George Lyles Pkwy in Concord, NC 28027 (bc1qzc5jcvu) and then he said to drive to the Truist Bank where I have an account but it was closed. I then received a text saying that this was a scam and the fraudsters were from Bangladesh. The fraudster told me that was false and I needed to rip up my receipts so that no evidence was apparent of these transactions. Th fraudster's phone number is 530-358-5772 and this number is the one they sent the QR code to. I did not understand this and then realized I had been scammed. I drove home and then called the police to report this and the Concord police said that I had been scammed and wrote a report.

---

Information About The Subject(s) Who Victimized You
Name:
Daniel
Business Name:
JP Morgan Chase Bank
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country:
Bangladesh
State:
Zip Code/Route:
Phone Number:
5303585772
Email Address:
Website:
IP Address:

---

Other Information
If an email was used in this incident, please provide a copy of the entire email including full email headers. A text was sent to me and I have the text information to give to the FBI with a false QR code that the money was sent to from phone number 5303585772 Officer Sherman from the Concord Police department has a record of the QR code and message from the scammers for the stolen money from the BitCoin machine as well as a text of the receipts of the stolen funds from Chase and Woodforest that she requested from me in an email. I sent this to her in an email on Oct. 6th and 9th 2023.
Are there any other witnesses or victims to this incident?
No

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

FTC Report Number 165440092 10/13/2023 Concord Police Report Number 230908755 on 9/19/2023 Officer Sherman email: shermank@concordnc.gov Phone: 7047869155 and 7049206000 ext. 4264 Geek Report BestBuy Concord, NC 09/22/23 Report: V43TV69N This report found Ransomware, Malware (Ultraviewer) installed by the scammers on my computer and BestBuy removed it and serviced laptop Dell Latitude E5530 Consultant Agent Geek Squad: Elis Olivo 7049797839

Check here if this an update to a previously filed complaint: ☐

---

**Who Filed the Complaint**

Were you the victim in the incident described above?

Yes

Name:

Business Name:

Phone Number:

Email Address:

---

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Heather M. Long

---

Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. *This is the only time you will have to make a copy of your complaint.*

- FAQs
- Disclaimer
- Privacy Notice
- About IC3