**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26-90528 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**DECLARATION OF ALEX ORCHOWSKI OF KROLL RESTRUCTURING ADMINISTRATION LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE DEBTORS' FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

I, Alex Orchwoski, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Director of Restructuring Administration at Kroll Restructuring Administration LLC ("***Kroll***"), located at 1 World Trade Center, 31st Floor, New York, New York 10007. I am over the age of eighteen and not a party to the above-captioned action.

2. I submit this declaration (this "***Declaration***") with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation,* dated June 24, 2026 [Docket No. 329] (as may be amended, supplemented, or modified from time to time, the "***Combined Disclosure Statement and Plan***").[2]

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Combined Disclosure Statement and Plan or Combined Disclosure Statement Order (as defined below).

3. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Kroll. If I were called to testify, I could and would testify competently as to the facts set forth herein.

4. This Court authorized Kroll's retention as the claims, noticing and solicitation agent to the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") pursuant to the *Order Authorizing the Employment and Retention of Kroll Restructuring Administration as Claims, Noticing, and Solicitation Agent*, dated May 18, 2026 [Docket No. 9] (the "***Retention Order***"). The Retention Order authorizes Kroll to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Combined Disclosure Statement and Plan. Kroll and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**<u>Service and Transmittal of Solicitation Packages and the Tabulation Process</u>**

5. Pursuant to *Order (I) Scheduling a Combined Hearing; (II) Establishing Objection Deadlines; (III) Approving the Solicitation Materials and Tabulation Procedures; (IV) Conditionally Approving the Combined Disclosure Statement and Plan; and (V) Granting Related Relief,* dated June 25, 2026 [Docket No. 332] (the "***Combined Disclosure Statement Order***"), this Bankruptcy Court approved the procedures to solicit votes from and tabulate Ballots submitted by Holders of Claims entitled to vote on the Combined Disclosure Statement and Plan (the "***Solicitation Procedures***").

6. Kroll adhered to the Solicitation Procedures outlined in the Combined Disclosure Statement Order and distributed (or caused to be distributed) Solicitation Packages (including

Ballots) to parties entitled to vote on the Combined Disclosure Statement and Plan. I supervised the solicitation and tabulation services performed by Kroll's employees.

7. The Solicitation Procedures established June 22, 2026, as the record date (the "***Voting Record Date***") for determining which Holders were entitled to vote on the Combined Disclosure Statement and Plan. Pursuant to the Combined Disclosure Statement and Plan and the Solicitation Procedures, only Holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Combined Disclosure Statement and Plan (collectively, the "***Voting Classes***"):

| Plan Class | Class Description |
|---|---|
| 3 | Term Loan Claims |
| 4 | Equipment Financing Agreement Claims |
| 5 | General Unsecured Claims |

Because the Combined Disclosure Statement and Plan does not contemplate substantive consolidation for voting purposes, the voting results for each of the Voting Classes are reported as separate subclasses for each of the applicable Debtors. No other classes were entitled to vote on the Combined Disclosure Statement and Plan, and the remaining Classes (1, 2, 7, and 9) comprise the "***Non-Voting Classes***".

8. Kroll worked closely with the Debtors and their advisors to identify the Holders of Claims in the Voting Classes and Non-Voting Classes as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to these Holders of Claims in the Voting Classes and Notice of Non-Voting Status and Combined Hearing Notice to Holders of Claims in the Non-Voting Classes. A detailed description of Kroll's distribution of Solicitation Packages,

Combined Hearing Notices, and Notices of Non-Voting Status is set forth in the *Affidavit of Service of Solicitation Materials*, which was filed with this Court on August 4, 2026 [Docket No. 587].

9. Further, in accordance with the Solicitation Procedures, Kroll received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Combined Disclosure Statement and Plan. Each Ballot submitted to Kroll was date-stamped, scanned (if submitted on paper), assigned a ballot number, entered into Kroll's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid (among other requirements), a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Combined Plan and Disclosure Statement (or such Holder's authorized representative), (c) returned to Kroll via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Kroll on July 30, 2026 at 5:00 PM (Prevailing Central Time) (the "***Voting Deadline***").

10. All valid Ballots cast by Holders entitled to vote in the Voting Classes and received by Kroll on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

11. The final tabulation of votes cast by timely and properly completed Ballots received by Kroll is attached hereto as **Exhibit A**.

12. A report of all Ballots excluded from the final tabulation prepared by Kroll, and the reason(s) for the exclusion of such Ballots, is attached hereto as **Exhibit B**.

13. In accordance with the Solicitation Procedures, Kroll also reviewed and documented the elections recorded within the election check box on the applicable Ballot or Notice of Non-Voting Status submitted to opt-out of the releases (the "***Releases***") contained in the Combined Disclosure Statement and Plan. A report of the foregoing is attached hereto as **Exhibit C**. For the avoidance of doubt, this Declaration does not certify enforceability of any opt-out

election received by Kroll either via Ballot or Notice of Non-Voting Status, and Kroll provides this information for reporting and informational purposes only.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and final tabulation of Ballots in connection with the Combined Disclosure Statement and Plan is true and correct.

Dated: August 4, 2026

*/s/ Alex Orchowski*
Alex Orchowski
Director, Restructuring Administration
Kroll Restructuring Administration LLC

# Exhibit A

## Final Voting Tabulation

**Bitcoin Depot Inc., *et al.***

**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| BitAccess Inc. | 3 | Term Loan Claims | 3 | 0 | $13,536,284.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| BT HoldCo LLC | 3 | Term Loan Claims | 3 | 0 | $13,536,284.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| BTM International Holdings 1 LLC | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

**Bitcoin Depot Inc., *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| BTM International Holdings II LLC | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Cash Ramp LLC | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Digital Gold Ventures Inc. | 3 | Term Loan Claims | 3 | 0 | $13,536,284.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

**Bitcoin Depot Inc., *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting<br>% | Number Rejecting<br>% | Amount Accepting<br>% | Amount Rejecting<br>% | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Express Vending Inc. | 3 | Term Loan Claims | 3<br>100% | 0<br>0% | $13,536,284.00<br>100% | $0.00<br>0% | ACCEPT |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | 3<br>100% | 0<br>0% | $12,224.30<br>100% | $0.00<br>0% | ACCEPT |
| Intuitive Software LLC | 3 | Term Loan Claims | 3<br>100% | 0<br>0% | $13,536,284.00<br>100% | $0.00<br>0% | ACCEPT |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |
| Kiosk Holdco LLC | 3 | Term Loan Claims | 3<br>100% | 0<br>0% | $13,536,284.00<br>100% | $0.00<br>0% | ACCEPT |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

**Bitcoin Depot Inc., *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Kiosk Technicians, LLC | 3 | Term Loan Claims | 3 | 0 | $13,536,284.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Kutt, Inc. | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Lux Vending Kiosk, LLC | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan. As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | 1 | 0 | $2,700.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |

**Bitcoin Depot Inc., *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| MCA Services Group, LLC | 3 | Term Loan Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

| Debtor Name | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|
| | | | % | % | % | % | |
| Mintz Assets, Inc. | 3 | Term Loan Claims | 3 | 0 | $13,536,284.00 | $0.00 | ACCEPT |
| | | | 100% | 0% | 100% | 0% | |
| | 4 | Equipment Financing Agreement Claims | No creditors in this Class were entitled to vote on the Plan.<br>As a result, pursuant to Article IV(D) of the Combined Disclosure Statement and Plan, this Class is deemed eliminated from the Plan for voting purposes. | | | | |
| | 5 | General Unsecured Claims | None of the creditors in this Class voted on the Plan.<br>As a result, pursuant to Article IV(E) of the Combined Disclosure Statement and Plan, this Class is presumed to accept the Plan. | | | | |

**Exhibit B**

**Final Report of Excluded Ballots**

**Bitcoin Depot Inc., *et al.***
**Exhibit B - Report of Ballots Excluded from Final Tabulation**

| Plan Class Number | Plan Class Name | Debtor | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Aulean, Gandy | $17,500.00 | Accept | Duplicate of previously submitted, valid Ballot included in Final Tabulation; Ballot did not contain a signature |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Beaven, Caroline Lisette | $5,758.53 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Beltran, Alejandro | $1,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Beverly, Anthony | $500.00 | Reject | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Broick, Kylie | $600.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | BUTKOWSKI, KELLY STRICKER | $6,100.00 | Accept | Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | BUTKOWSKI, KELLY STRICKER | $6,100.00 | | Holder did not indicate vote to accept or reject the Plan; Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | BUTKOWSKI, KELLY STRICKER | $6,100.00 | | Holder did not indicate vote to accept or reject the Plan; Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | CBL & Associates Management, Inc. | $21,380.65 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Corvada 3, Inc | $3,170.71 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Dent, Shannon | $22,000.00 | Accept | Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Digital Products Limited | $105,488.13 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Ford, Margaret | $55,000.00 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | GAB OF WISCONSIN LLC | $509.64 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Hanson, MARK DOUGLAS | $5,375.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Hanson, MICHELE | $11,354.62 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | KOBACH, MARY | $2,000.00 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | MANNI, FRANK | $325.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Midas Operations LLC | $900.00 | Accept | Holder did not indicate vote to accept or reject the Plan; Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Munich Re Specialty Insurance | $15,700,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Munich Re Specialty Insurance | $15,700,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | BT HoldCo LLC | Munich Re Specialty Insurance | $15,700,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Mintz Assets, Inc. | Munich Re Specialty Insurance | $15,700,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Nicholas, Sophia Isabella | $13,850.00 | Accept | Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Oates, Daevon | $1,000.00 | | Holder did not indicate vote to accept or reject the Plan; Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | OPTCONNECT | $222,157.47 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Sharier, Laura Sue | $83,000.00 | Accept | Ballot did not contain a signature |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Simmons, John Lewis | $52,634.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Snyder, Margaret | $12,000.00 | Accept | Ballot submitted on account of duplicate claim |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | StrategyCorp Inc | $66,780.00 | | Holder did not indicate vote to accept or reject the Plan; Superseded by later received, valid Ballot included in Final Tabulation |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Tullis, Andrew | $2,000.00 | Accept | Ballot received after Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Wheeler, Alice Christina | $1.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | WHITE, DEBRA RUTH | $1,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Witherington, KAYSHA MARIE | $2,000.00 | Reject | Ballot received after Voting Deadline |

**Exhibit C**

**Report of Optional Release Elections**

**Bitcoin Depot Inc., *et al*.**
**Exhibit C - Report of Optional Release Elections**

| Plan Class | Plan Class Description | Debtor | Name of Holder | Optional Release Election | If the Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|
| 1 | Senior Priority Lien Claims | Bitcoin Depot Inc. | Salter, Bill | Opts Out of the Releases | |
| 1 | Senior Priority Lien Claims | Bitcoin Depot Operating LLC | Trinexis Inc. | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | BitCorp, Inc | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Caronna, Anis Krista | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Dawson, Crystal | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Doby, Chandler | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Gardner, Romanda | Opts Out of the Releases | |
| 2 | Other Priority Claims | BitAccess Inc. | Girard, Charles-Philippe | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Gomez, Brandy | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Hall Store LLC | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Hintemeyer, Laura Ann | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Nicholas, Sophia Isabella | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | NIX, DEVIN | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Palacio, Adam Castillo | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Express Vending Inc. | Stokes, Rebecca | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Operating LLC | Xperts Global, Inc | | Holder returned an Opt-Out Form, but did not check the box to indicate an election to Opt Out of the releases set forth in Article IX.C of the Combined Disclosure Statement and Plan |
| 2 | Other Priority Claims | Bitcoin Depot Operating LLC | Young, Kelvin Dwayne | Opts Out of the Releases | |
| 2 | Other Priority Claims | Bitcoin Depot Inc. | Zerillo, Heather | Opts Out of the Releases | |
| 4 | Equipment Financing Agreement Claims | Bitcoin Depot Operating LLC | VFS, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Ball, Venus | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Baltyn, Agata Natalia | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Beaven, Caroline Lisette | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Bellisario, STEPHANIE ANN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Beverly, Anthony | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Broick, Kylie | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Brown, Catherine | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Brown, Sheri L | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | BUTKOWSKI, KELLY STRICKER | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Byom, Emma Kay | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | CBL & Associates Management, Inc. | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Compass Government Relations Partners, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Cormier, ROBIN J | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Corvada 3, Inc | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Cromwell, Emily Oliver | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Daines, John Dillon | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Deel, Inc. | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Dent, Shannon | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Dent, SHANNON LEAH | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | DePorter, Matthew | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Digital Products Limited | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | England, Michelle L | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Fields, JENNIFER CATHERINE | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Ford, Margaret | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Funk, Clarine | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | GAB OF WISCONSIN LLC | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Gardner, Romanda | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | GAYNOR, JAVAN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Grant, Timothy Wayne | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Hanson, MARK DOUGLAS | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Hanson, MICHELE | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Hilder, Scott | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Hilton, Samuel | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | JAY BIRD SOCAL, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Jones, Stephen Sinclair | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | JOPEK, DAWN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Kohs, Tia Casandra Lynn | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Krone, Cinthya Theresa-Jo | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Lux Vending Kiosk, LLC | Kuhn, Trask | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Legacy Vending Fund I, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Legacy Vending Fund II, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Legacy Vending Fund III, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Legacy Vending Fund IV, LLC | Opts Out of the Releases | |

**Bitcoin Depot Inc., *et al* .**
**Exhibit C - Report of Optional Release Elections**

| Plan Class | Plan Class Description | Debtor | Name of Holder | Optional Release Election | If the Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Markley, LINDA JEAN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Mathews, Dillon | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | MIXON, MAEGAN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Monette, Susan Elaine | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Morales Solutions | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Munich Re Specialty Insurance | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Munich Re Specialty Insurance | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | BT HoldCo LLC | Munich Re Specialty Insurance | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Mintz Assets, Inc. | Munich Re Specialty Insurance | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Oates, Daevon | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Office of the Attorney General for the District of Columbia | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Office of the Attorney General for the District of Columbia | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Parlee, Rebekkah L | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | PATEL, VINESH | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Pettaway, Chris | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Pitcock, Marcia S. | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Radu, Vasile | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Ricks, Samantha Brooke | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Robinson, Howard John | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Ruckman, Joellen J | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Schmidt, Diane L | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | SECRETARIAT ADVISORS LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Serra, Rebecca and Christopher | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Shreejidham LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | State of Wisconsin | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | State of Wisconsin | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Steiner, Jenae | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Stinker Stores, Inc. | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | StrategyCorp Inc | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Stull, JOHN | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Tanner, JOSHUA LUKE | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Tech Pro LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Tennessee Department of Revenue | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Thome, Michelle | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Tolson, Linda White | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Torres, Patrice Anne | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Valdes, Garcia, Marin, & Martinez, LLP | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Waite, Jon | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Wheeler, Alice Christina | Opts Out of the Releases | Ballot did not include vote to accept or reject the Plan |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | Witherington, KAYSHA MARIE | Opts Out of the Releases | Ballot received after the Voting Deadline |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | WPS Capital Partners Master Fund, LLC – CashPoint Ventures Series A | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | WPS Capital Partners Master Fund, LLC – CashPoint Ventures Series A | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | WPS Capital Partners Master Fund, LLC – CashPoint Ventures Series B | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | WPS Capital Partners Master Fund, LLC – CashPoint Ventures Series B | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | WPS Kiosk Partners, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Operating LLC | WPS Kiosk Partners, LLC | Opts Out of the Releases | |
| 5 | General Unsecured Claims | Bitcoin Depot Inc. | Zerillo, Heather | Opts Out of the Releases | |