**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26–90528 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

## FOURTH NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that, on May 17, 2026, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed the above-captioned chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that, on June 10, 2026, the Court entered the *Order (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; and (C) Granting Related Relief* [Docket No. 193].

**PLEASE TAKE FURTHER NOTICE** that, on July 24, 2026, the Court entered the *Order (I) Approving (A) the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 521] (the "***Second Bitcoin Bancorp Sale Order***"), approving the sale of certain of the Debtors' assets to Bitcoin Bancorp, Inc. (or its designee) pursuant to the Asset Purchase Agreement (the "***Second Bitcoin Bancorp APA***") attached as Exhibit 1 to the Second Bitcoin Bancorp Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2026, the Debtors filed the Notice of Filing of Amended Asset Purchase Agreement [Docket No. 637] to amend the Second Bitcoin Bancorp APA to make certain non-material modifications to the Asset Purchase Agreement, primarily pertaining to the Acquired Assets being purchased by the Purchaser and certain related adjustments to the calculation of the purchase price (the "***Amended Second Bitcoin Bancorp APA***").

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2026, the Closing occurred, as defined in and in accordance with the Amended Second Bitcoin Bancorp APA and Second Bitcoin Bancorp Sale Order.

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot. The location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/bitcoindepot/.

Dated: August 21, 2026
Houston, Texas

*/s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Sara Zoglman (TX 24121600)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
szoglman@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel: 212.237.0000
Fax: 212.237.0100
Email: dmeyer@velaw.com
jpeet@velaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christian Cattan*
One of Counsel