**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **BITCOIN DEPOT, INC., ET AL.,** | § | **CASE NO. 26-90528 (CML)** |
| | § | |
| | § | |
| **DEBTORS.**[1] | § | **(JOINTLY ADMINISTERED)** |
| | § | |

**FIRST AMENDED STIPULATION OF THE LIQUIDATING TRUSTEE AND CIRCLE K REGARDING THE REJECTION OF EXECUTORY CONTRACTS RELATING TO DIGITAL CURRENCY KIOSK LOCATIONS**

**[Relates to Dkts. 197, 199, and 214]**

The Bitcoin Depot Liquidating Trust and Circle K Stores Inc., Circle K Procurement and Brands Ltd., Couche-Tard Inc. and Mac's Convenience Stores Inc. (collectively, "Circle K"), through their respective counsel, stipulate to the entry of the First Amended Stipulated Order Rejecting Executory Contracts Relating to Digital Currency Kiosk Locations, attached hereto as **Exhibit A**.

**ACKNOWLEDGED AND AGREED BY:**

1 The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll/bitcoindepot. The Location of the Debtors' corporate headquarters is: 8601 Dunwoody Place, Sandy Springs, Georgia 30350.

*/s/ Victor G. Solyanik*

Mark A. Castillo (markcastillo@ccsb.com)
Texas Bar No. 24027795
Robert C. Rowe (rrowe@ccsb.com)
Texas Bar No. 24086253
Victor G. Solyanik (vsolyanik@ccsb.com)
Texas Bar No. 24143426
CARRINGTON, COLEMAN, SLOMAN
& BLUMENTHAL, L.L.P.
2200 Ross Ave., Suite 1800
Dallas, TX 75201
Telephone: 214.855.3000

***Counsel for Circle K Stores, Inc.,***
***Circle K Procurement and Brands, Ltd.,***
***and their affiliated companies***

-and-

*/s/ Scott Cargill*

Scott Cargill (SD Texas Bar No.1036432) (scargill@kelleydrye.com)
Eric R. Wilson (*pro hac vice* forthcoming) (ewilson@kelleydrye.com)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897

***Counsel to the Bitcoin Depot Liquidating Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 8, 2026, the foregoing document was served via the Court's CM/ECF system on all who have appeared or requested notice in this case.

*/s/ Victor G. Solyanik*

Victor G. Solyanik