United States Courts
Southern District of Texas
FILED
*September 09, 2026*
Nathan Ochsner, Clerk of Court

Agata Natalia Baltyn

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

BITCOIN DEPOT INC., et al.,
Debtors.

Chapter 11
Case No. 26-90528 (CML)
(Jointly Administered)

**REQUEST FOR NOTICE**

Please take notice that I, Agata Natalia Baltyn, a creditor and holder of a claim in the above-captioned bankruptcy cases, hereby request that copies of all notices, pleadings, motions, applications, orders, reports, and other documents filed or served in these cases that are available to parties requesting notice be provided to:

Agata Natalia Baltyn
15 Stremlau Avenue
Plainville, CT 06062
agatabaltyn@gmail.com

This request is made pursuant to the Notice of (I) Entry of Order Confirming Plan of Liquidation of Bitcoin Depot Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code and (II) Occurrence of the Effective Date, which states that, from and after the Effective Date, parties wishing to receive notice of filings in these cases must request such notice with the Clerk of the Bankruptcy Court and serve a copy of such request on counsel to the Liquidation Trust.

Dated: September 9, 2026

Agata Baltyn

Agata Natalia Baltyn
Creditor / Claim Holder

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2026, I served a true and correct copy of the foregoing Request for Notice upon counsel for the Bitcoin Depot Liquidating Trust by electronic mail and by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Scott Cargill
Eric R. Wilson
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Email: KDWBankruptcyDepartment@kelleydrye.com
Email: scargill@kelleydrye.com
Email: ewilson@kelleydrye.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2026

AgataBaltyn

Agata Natalia Baltyn