**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

SEP 28 2026

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: | Chapter 11 |
| BITCOIN DEPOT INC., et al., | Case No. 26-90528 (CML)<br>(Jointly Administered) |
| Debtors. | |
| | Claim asserted against:<br>Bitcoin Depot Operating LLC<br>Case No. 26-90527 |

**REQUEST OF PLUME HOUSE, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Plume House, LLC ("Plume House"), a creditor and counterparty to an executory contract listed on Schedule G of Bitcoin Depot Operating LLC (Case No. 26-90527), submits this request for payment of an administrative expense claim on or before the September 23, 2026 deadline for requests for payment of Administrative Expense Claims set by the Plan and Confirmation Order [Docket No. 619] and stated in the Notice of Entry of Confirmation Order and Occurrence of the Effective Date [Docket No. 641].

**1. Background**

Plume House and Bitcoin Depot Operating LLC are parties to a Kiosk Placement Form effective January 2, 2024, with a term through January 2, 2027, under which Bitcoin Depot placed a Bitcoin kiosk in Plume House's retail premises at 14 S Loudoun Street, Winchester, Virginia, in exchange for a fee of $250.00 per month plus $2.50 per transaction. Bitcoin Depot paid the monthly fee in the ordinary course through the December 2025 service month and has paid nothing since. The kiosk remained in Plume House's premises after the May 17, 2026 Petition Date. The agreement was not assumed or assigned and was rejected under the Plan effective August 24, 2026.

**2. Amount requested**

Plume House requests allowance and payment of $806.45 as an administrative expense, representing the contract fee for the period from the Petition Date through the Effective Date, prorated by actual day count:

| **Period** | **Days** | **Days in month** | **Amount** |
|---|---|---|---|
| May 18 to May 31, 2026 | 14 | 31 | $112.90 |
| June 2026 | 30 | 30 | $250.00 |
| July 2026 | 31 | 31 | $250.00 |
| August 1 to August 24, 2026 (Effective Date) | 24 | 31 | $193.55 |
| **Total administrative expense requested** | | | **$806.45** |

**3. Basis for administrative priority**

Under 11 U.S.C. § 503(b)(1)(A), the actual and necessary costs of preserving the estate are allowed as administrative expenses. During the postpetition period the Debtors' kiosk, an asset of the estate that was marketed and sold in these cases, remained on Plume House's premises. Plume House continued to reserve retail floor space for it, supply electrical service, and keep the equipment secure on the estate's behalf. The estate received that benefit postpetition under the terms of an unrejected executory contract, and the contract rate of $250.00 per month is the measure of the benefit conferred.

**4. Relationship to proof of claim**

Plume House filed a proof of claim through the Kroll ePOC portal on July 27, 2026 (confirmation 4110-1-VJTKV-246935405) and an amended proof of claim on September 23, 2026, asserting total rejection damages of $3,016.13, of which the $806.45 requested here is asserted, in the alternative, as an administrative expense. Plume House does not seek double recovery. To the extent this request is allowed and paid, the rejection damages claim will be reduced by the same amount.

**5. Requested relief**

Plume House requests that the Liquidation Trustee allow and pay the Administrative Expense Claim of $806.45, or, if the Liquidation Trustee disputes it, that the Trustee so advise Plume House in writing so that Plume House may seek a determination by the Bankruptcy Court. Plume House also requests an accounting of all transactions processed at the kiosk from March 26, 2024 through the Petition Date and the per-transaction fees due on them.

**6. Reservation of rights**

Plume House reserves all rights, including the right to supplement this request and to assert any claim arising from the abandonment of, or failure to remove, the kiosk and related equipment from its premises.

Dated: September 23, 2026

**PLUME HOUSE, LLC**

By: ______________________________

Kirk Gibson, Owner
14 S Loudoun Street, Winchester, VA 22601

**Served by email on September 23, 2026 on:**
Vinson & Elkins LLP, counsel to the Debtors: Paul E. Heath (pheath@velaw.com), Sara Zoglman (szoglman@velaw.com), David S. Meyer (dmeyer@velaw.com), Jessica C. Peet (jpeet@velaw.com), with a request that it be forwarded to the Liquidation Trustee and counsel to the Liquidation Trust; and Kroll Restructuring Administration LLC (bitcoindepotinfo@ra.kroll.com).